*Amended Complaint*

April 4-2022

U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FILED
2022 MAY 25 PM 12: 27 MS

DEPUTY CLERK

3:22-CV-325L

Barbara Dixon
Do not Pretend it Slander Libel - Malice

Do not "Pretend" Ted told me to climb on Top Bleach container and Bleach on my Arm

Do not "Pretend" Chris ~~Mark~~ told me if Ted said he right. Did not ask why I feel unsafe

Do not "Pretend" That Dropped Trailer Ruin a 16 yr driving Career for 3yrs

Do not "Pretend" Hireright broadcasting that Lie had no affect on my Career

Do not "Pretend" Hireright is just as guilty because I sent them right information it took mos but the damage was done

Do not "Pretend" I did not suffer pain of emotionally physically mentally see I am ~~████████████~~ I earn my way back in society. That Lie devasted me ~~see~~ I had a long walk being Black and women

Do not "Pretend" I am nobody I earn my way I was seeking apology but you ~~do~~ Did want to recognize 16yr Career if would cost me two $ 250,000

Amendment of Complaint

10-13-20

PLEASE READ UNDERStAND
WHAT IN iT, be PART of SOLUTION
DONT MEASURE MY WRITING
MEASURE OPPRESSTON THAT KEEP
US bound POVERTY.

PHEASE REPOND

TO: BARbARA DIXON
5536 E. ROSEDALE
FORTWORTH, TX 76112

THESE PicTURES
ECO LAb BLEACH ON MY ARM
This WHAT HAPPEN iN dERECT SunLight
it bLiSTER I bEEN TAKiNg PicTURE FOR
OVER a YEAR.

I bEEN proteStiNg At EECO iN JuLY 2020
I AM SEEKiNG JUSTICE, I KNOW
      M L K TurNiNg OVER iN his
         GRAVE
WHEN I PRESENT bAiS RASiC m you
PEOPLE throw RedTAPE AT US
1964 LAW CONGRESS PHAYEd M L K

Barbara DixoN
562)212-8700
JuNE 22, 2021
Truck DriveR 18yrs - Still Driving 2021

## HonorabLE Judge Eric MoyER

I am hoping you CAN step out of your bubble.
and understand that bais Rasiem DEfamation
affect a workiNg pERSON Like me, I AM
asking you to hear my CASE ON fACE
VALuE, BECAuSE wheN it takes aLL you EarN
your whoLE LifE. Bais Rasiem beeN oBstacle
my whoLE Life Am 64yrs Iam tired of Not
being treated EquaL I EANN my 18yr as a
Truck DriveR NEvER RECEivE a moving VioLation
from DOT iN 18yrs and safe Driving WhEN
I weNt to TRANSpoRt America those 3
guys made suRE I wouLd'Nt LAST. You would
hAvE bEEN thERE to understand how Mistake
aRE mAdE wheN you aRE beiNg harass.

2

it time I get Justice for the pain Financial Lost I suffer for ruining a 18yr driving CAREER. If you spend 18yrs Driving and it ruin by one Company not Recognizeing the bais Rasicm in there Company. I knew I was going to have a problem with those 3guys when we met the frist thing they ask was how Long you been driving 18yrs at the time other Lady had 25yrs they sat there Looking at us and talking among themself. She and I Felt Like shit. When they should been telling us about the job. When walked back to our CAR we spoke About how they were going to be a problem. System fail us I was sexuality Assault on truck by a student I was Training no Justice. 2006

5

Barbara Dixon                          562)212-8700
June 22, 2021
Honorable Judge Eric Moyer

I look up you and STEVE Schoettmer
and found out STEVE won a defamation
case for slander on the internet
I sent my case to STEVE Schoettmer
hoping he would take case that company
ruin 18yr driving. This is my life I had
to work on 1099. Now I owe IRS $6,000
this what happen. STEVE sent back my
paper and picture of the Eco Lab bleach
on my arm that blister in direct sunlight
I didn't want to take off work to
see a doctor I seen Doctor one time
I was stressing from the 3 guys
        · I am somebody!

11-10-21

I barbara Dixon. Here to say who I am

I was born in Chicago IL in the project
Housing my mother raising 6 kids alone
I grew up with just enough My Aunt Marie
Help my mother with school clothes
every year and took us to Fancy malls
Just like a river I been runing trying
to survive. Had frist child at 17 Graudate
in 1975 Attended Dale University Malcolm X
Cerritto College Married at 23 I started
working at 15yr I was working for Zenith TV
on assembly line building PC Board
by the time I Graduate I decided Electronic
and computer was going to be the way of
world I attend school hoping to be engineer
Chicago had no opportunity for black women
My friend went to California came back
saying there no prejudice your nieghbors are
all walk of life. I went to cali And had
opportunity in Electronic Field. I build firing
pin on F18 fighter I was very skilled in
Electronic Assy the compay chose me to supervise
9 people run a line for Record A call
we beat the dead line one month early I was
given a recommendation letter from
Record A call. Bausch & Lomb we did work for
Jet Pullution Lab. Don't get it twisted Bais
Racism was everywhere there was problem
with worker Accepting I was Qualify to be
there when they hire me.

JUNE 2018 — MARCH — 2019

DEFAMATION - BIAS RACISM- Eco Lab BLEACH ON ARM
3 yr Struggle - $70,000 - 210,000 - DERMATOLOGIST $27,000

TRANSPORT AMERICA Trucking: Affinity Bias
you as company don't UNDERSTAND READ up
on it. It's in your COMPANY. This is WHERE
UNCONSCIOUS bias impact the employee Equally
unconscious bias proved by NEGATIVE stereotypes
you NEED to EVALUATE TED Josh MARK more
positively than those who are different
thier personal beliefs Assumptions
PREFERENCES and LACK of understanding
about people who ARE NOT LIKE them.

TED told me I had to climb on top of
BLEACH CONTAINER AND IN SO MANY words
you don't have a job I ask ted ARE you
SURE I weigh 190 Lb I FELT UNSAFE I KNEW
he would tell I refuse to do job so I
done it because of pressure he put on me.
So I knew it was dAngerous And 80% no
touch Freight so I CALL "Chris" at main office
he said if ted said it he was right I started
to quit then. AFTER telling chris I felt
UNSAFE I WAS ignore. And when ted Found
out I got bleach on my arm ted said to
ME it NEVER happen to him. I felt so stressed
Everyday ted watching me. Then Josh CALLing
me to safety all time telling me what
the computer said, I WAS NEVER in danger

I Felt Josh was comparing me with a computer but I am human.

Mark was aware of the rumor going around he was a child predator it sad how those 3 guys maked us fell that women went home looking them up on computer sent the picture to my phone I ask her who is this man it Mark he a child predator Mark had a motive to Lie on my D A C report.

Confirmation Bias - seek out favour and use information that confirms what you already believe. I knew when Jeff started he told me he lived in Flower mound. I knew they would move the truck pick-up to grapevine I be dam Sherrla sent a megs. saying the pick-up in grapevine. She did'nt know how many miles I would travel or fuel so I call her and ask if she move the pick where would we get fuel she did not know. Now Jeff is 10 mil to pick-up The other side of this is that people tend to ignore new information that goes against their preconceived notions making poor decision

Transport America don't understand I was going on. Accept my loss until I try to get another job they Lied on my DAC. you need know you destroy a 18 yr

3

Driving CAREER the damage is done HireRight sent it out and still sending that lie This is the kind of mess that destroy people Like me keeps us in prouerty you don't understand what you and 3 guys done it has cost me everthing. I took pride in my 18yrs of driving Never got a DOT ticket in 18yrs I was under stress day one starting with Ted. I never had 3 incident at one place I been driving for the Last 3yr no incident but I lost money runing on 1099 and less pay because of the lie on my dac You can choose to ignore me but I will Fight to the end. Walk in my shoes "CAN you" Road is rough Just being black women and when you earn your way it is destroy feel my pain. I am reaching out to Reba Martin Van Jone Ben Crawford and other civil Rights Leader my civil Right Violated!

One more thing when 3 of your English professor said they manager superuisor tried to convince me on the phone that. High Hook means the same as Dropped Trailer one of them told me that Fmsca only geue them 3 ways to address that Lie I call Fmsca and ask questions. It sad how they made me question my intelligent I know that the word High Hook as a meanig Dropped Trailer as a meaning.
#believe bias

# 1. Opening statement

Good morning or Hello everyone or ladies and gentleman. My name is Barbara Dixon and I will be representing myself in the case. I am a mother, wife and have been truck driving for 17 yrs. I enjoy driving trucks for a living. I'm here to explain how Transport America destroyed 16 years of a good driving career. I started working at Transport America July 2018. My second day on the job while being trained by Ted ,I was informed I would have to climb on top of the plastic bleach containers. I immediately questioned him on it asking are you sure I weigh 190 pounds. Ted then assured me that this was apart of MY job duties and if I did noT comply that it could cost me my job. I was uncomfortable however at the time I did want to lose my job ,so I did what he asked of me. At the end of work day, I felt that climbing on top of plastic bleach containers was not safe. I contacted Chris, to inform  him of the task that Ted insisted I complete of  climbing on top of plastic bleach containers. CHRIS stated that if  Ted said it is the right thing to do. Chris hung up the phone and not once did he ask why I felt unsafe. After speaking with Chris there was

no further conversation about it. I continued to climb on top of the plastic bleach containers for another 3 to 4 months.

December 2018 I was at work climbing on top of the plastic bleach containers and there was spilled bleach on top of the container the bleach got on my hand and my arm. Shortly after that I felt a burn I went to my truck and I poured some water on my hand and arm. I calledthe office two inform them about the incident  so they made me appointment to see their doctor the next morning at 9:00 am.The doctor prescribed me some cream. The Incident with the bleach happens in the winter's months when summer came, I was driving and with the sun was shining directly on my arm. My arm started to burn and I was in a lot of pain. I  began looking for a pharmacy so I could purchase something to sooth the pain. I have come to find out that my injury more serious than the doctor led me to believe. After the incident to   present day whenever my arm is in direct sunlight my arm blisters and burns.  A few weeks after I burnt my arm with the bleach, I was walking across the bleach in the trailer and the guy that loads the trailer say to me Barbara what are you doing in there? You're not supposed to be in there,  what are you doing? I told him

2

Ted told me to come in here and climb the plastic bleach containers and tighten the straps .He said that it was dangerous and not to go back in there. So I didn't go back in ever again. 3/1/2019 I had an incident when hooking up to the trailer I lowered my airbag and I missed the kingpin. I called the incident in and drove the truck back to the yard and went home.When I came into work the next day I was called into the office and fired. Three weeks later I had gone to Houston for a job training for the jetco company . I had trained for three to four days and they called me in to tell me that they could not hire me due too the droped trailer on my Dac report. I packed my things and went back home and as soon as I got home I started calling transport America to ask them why did they put that on my DAC report, no one was giving me any answers and I was told I'll get back to you. Sometimes they just wasn't giving me an answer stating that they couldn't help me.I started researching the company and I contacted the corporate office I talked to Lisa Cornerman and Kristy Pazik . Kristy told me she would get back to me but she never did. I took it upon myself and I would call just about every day and the receptionist. They would tell me that they would get back to me however they would never call me back and

3

most of the time they would not even answer my calls. I left many messages and emails and still I did not get a reply from anyone I kept calling and maybe after three weeks or so someone finally answered my call .She stated that she would investigate at this time. I had become very frustrated and I felt like no one was taking me serious .But being the kind of person that I am, I didn't give up.  I was told they will remove it off of my DAC report it was sent to me in a letter and also have a email However I am not satisfied because they put on my report miscellaneous what is miscellaneous how come they just can't say what happened. It was a high hook and words are important .Second if you tell the truth maybe you don't have to change things. I'm not sure why I was treated in this way  I was lied on from the day I came to the company .I did not feel welcome I also did have an incident but it was not one that I felt that they had to write to try to ruin my career over .This incident is something that happens in this job as a truck driver. So what gave them the right to determine whether or not I would ever work again or make a decent living as a truck driver. Your list 1. Contact information 2 your calendar 3 document 4 financial statement 5 check stats steps and strategies 1 clarify personal needs threaten by the

4

To Whom it may CONCERN:

I came to EECO in 2019 with case Transport America I suffer bias Racism. And I suffer From oppression From your EECO because you people don't Respect our abilites quality or Achievements, it sad EECO don't take case on Face Value. you People should Look into the case before dismissing my CASE. Because systemic Racism has been haunting my Life for 63yr. System is design to keep us poor if I been Truck driver for 11oyrs with a good Record and I go to Transport American and have 3 incidence in 8mos you must understand the pressure I was under it hard to explain how people keep you under pressure you trying to Keep your Job I really Don't expect you to understand because bias Racism you NEVER felt

ON day ONE I don't REMEBER hER
NAME but she and CAME baCk To
DALLAS iN a RENTAL CAR. ON FriDAy
WE go and meet the PEOPLE At
the dALLAS yARd TED MARK JoSh
being bLACk WOMEN she had 25yR
I hAd 16yRS you would hAve had
bEEN thERE to undERStAnd how
they tREAt uS they SAt thERE
hooking At uS WE KNOW WhEN
RACism hit us it a fEELiNg you
could'Nt undERStAnd WE fELt Like
shit then it bEgAN AtAgONiziNg
she and I clASh with TED ON
dAy ONE she did'Nt COME bACk
NEXt dAy (TED) tohd me ON SECONd
dAy I hAd chimb ON tOp Of BLEACh
CONtAiNER to tight StRAp I ask
ted ARE you SuRE I KNEW it WAS
WRONg he SAid it the Job thEN
addRESS I LikE EithER you do it
oR don't hAvE a Job I done it
ANd got bLEACh ON my aRM
I CALL ChRiS bECAuSE climbing
ON top bLEACh CONtAiNER

4

I earn my driving career for one person to ruin. I battle with hireright I ask them how do you allow Transport America to ruin your integrity I send them safety Report showing I never drop a trailer but the damage was done I Lost jobs 70,000 a yr I battle with Transport America to tell the truth. It took mos for Transport America to change that Lie on Dat Report. Mark Ted Josh I had to be part in moving the truck pick-up in dallas to grapevine when Jeff started he told me he Live in Flowermound I went home and told my man watch them move the pick-up to grapevine I be dam sherrla call me and said we be pick-up in grapevine which give Jeff 10 mil to work they didnt give a dam about how many I had Drive so I call sherlla ask who Idea was that because there

WHERE TO FUEL THE TRUCK WHEN

THEY HAVE FUEL ON THE DALLAS
YARD. SO SHE CALL ME BACK and
said NO WE WANT BE picking-up
iN GRAPEVINE this is kind of
OPPRESSION that Affect mind
SOUL HEART how could be
your best ON A job you know
working against. I AM that you
verify my complaint Do your
Job Racism is there because
I don't have a tape or video
this is REAL how company have
PEOPLE there who get chose
who stays and who go. And
you EECO has fail me once
again I has a SEXUAL ASSAULT
happen to ME IN 2006 ON truck
working for CRST Trucking
EECO WENT to court 2 times
ON CRST AND LOST. EECO IN
Chicago IL. It time you people
stand for Equal Opportunity commission
I NEED you to believe Rasiem
destroy us but WE KEEP trying.

the MORAL of this is WRONG
MARK hAd motive put on my
dAC RepoRt I dropped a TRAiLER
HE KNEW this would destroy my
16yrs DRiving he NEED be accountable
and TRANSPORT AmericA. TRANSPORT
AmericA KNEW it WAS WRONg to Lie
on my dAC RepoRt they ChaNge it
but the dAmAgE WAS doNE this Lie
WENt out to all Trucking CompaNy
and hiRERight is still gluing this
Lie to trucking CompaNy.
EECO I hAd 5yr At CRST/5yrs Price
TRANfER/2yr J B HuNt This kind
of EXpERiENCE MEANS I tAke pride
in my Job. Transport America After
I WAS FiRed and I KNEW bais rASiM
WAS there I hAd to Lick my wound
and movE oN and I did until
I tried to get a job ANd
found out that TRANSPORT America
put oN D.A.C. RepoRT I dropped a
TRAiLER they RUiN my Life
PLEASE TAkE time to Look
At how I WAS oppress. WALK iN
my shoES

## ACCREDITATION

Cerritos College is a two year community college accredited by the Western Association of Schools and Colleges. Cerritos College operates on a semester calendar, each semester being approximately 18 weeks in length.

## GRADE INTERPRETATION

| GRADE | DEFINITION | GRADE POINTS |
|-------|-----------|--------------|
| A | EXCELLENT | 4 |
| B | GOOD | 3 |
| C | SATISFACTORY | 2 |
| D | PASSING | 1 |
| F | FAILING | 0 |
| FW | FAILING, DUE TO LACK OF PARTICIPATION AND FAILURE TO WITHDRAWAL | 0 |
| I | INCOMPLETE | 0 |
| RD | REPORT DELAYED | 0 |

*Asterisk next to grade denotes academic renewal

## UNITS NOT INCLUDED IN GPA COMPUTATION

| P | Pass | Grade of "C" or Better |
|---|------|------------------------|
| NP | No Pass | Less than Satisfactory or Failing |
| CR | Credit | Grade of "C" or Better |
| NC | No Credit | Less than Satisfactory or Failing |
| I | Incomplete | |
| MW | Military Withdrawal (without penalty) | |
| W | Withdrawal | |

## INCOMPLETE

Incomplete (I) grades must be completed within one year following the term in which assigned.

Confidentiality of Records: Cerritos College has released this transcript in compliance with the Family Educational Rights and Privacy Act of 1974. Information contained in these records may not be released to a third party without written consent of the student.

This Academic Transcript from Cerritos College located in Norwalk, CA is being provided to you by Credentials Inc. Under provisions of, and subject to, the Family Educational Rights and Privacy Act of 1974, Credentials Inc. of Northfield, IL is acting on behalf of Cerritos College in facilitating the delivery of academic transcripts from Cerritos College to other colleges, universities and third parties using the Credentials' TranscriptsNetwork™.

This secure transcript has been delivered electronically by Credentials Inc. in a Portable Document Format (PDF) file. Please be aware that this layout may be slightly different in look than Cerritos College's printed/mailed copy, however it will contain the identical academic information. Depending on the school and your capabilities, we also can deliver this file as an XML document or an EDI document. Any questions regarding the validity of the information you are receiving should be directed to: Admissions and Records Office, Cerritos College, 11110 Alondra Blvd., Norwalk, CA 90650-6298, Tel: (562) 860-2451.

Student ID: 007727
Birthday: 1957-06-01

Print Date: 2020-07-07

Send To:

BARBARA DIXON
5536 EAST ROSEDALE STREET
FORT WORTH, TX 76112-6859

**Beginning of Undergraduate Record**

**2008 Fall**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| EL | 56 | Prog Logic | 3.500 | 3.500 | A | 14.000 |
| EL | 100 | Basic Elec | 4.000 | 4.000 | A | 16.000 |
| EL | 110L | Dc Lab | 1.000 | 1.000 | W | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 4.000 | Term Totals | 7.500 | 7.500 | 7.500 | 30.000 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 4.000 | Comb Totals | 7.500 | 7.500 | 7.500 | 30.000 |

**Undergraduate Career Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| Cum GPA: | 4.000 | Cum Totals | 7.500 | 7.500 | 7.500 | 30.000 |
| Transfer Cum GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 4.000 | Comb Totals | 7.500 | 7.500 | 7.500 | 30.000 |

End of Official Transcript

PRINTED COPY PRINTED COPY
PRINTED COPY PRINTED COPY
PRINTED COPY PRINTED COPY
PRINTED COPY PRINTED COPY

This transcript processed and delivered by Credentials® TranscriptsNetwork™

**Barbara Dixon**
(562) 212-8700   bdixon444@gmail.com
5536 E Rosedale ST  fort worth Tx 76112

*EDUCATION*
Cerrito College-Basic Electronic, AC/DC Electronic 2003-2004
Daniel Hale University, Chicago,Il.  Electronic Tech

*PROFILE*

- Highly motivated to succeed in the field of Electronic .and Truck Driving
- Organized quick learner that can easily adapt to any environment.
- Strong interpersonal, verbal and written communication skills.
- Work well independently and as part of a team.
- Excellent analytical and problem-solving skills; detail oriented

*TRAINING*
05/06 Camino Real – Power industrial truck Operator Certified -Osha
05/06 Truck Driving School
07/06 ClassA  License Hazmat-Doubles-Triples-tanker
03/95 Running a Assembly Line

*EXPERIENCE*

CRST Trucking,Cedar Rapids,Iowa
            Trucking/Trainer-Drives truck with capacity of 3tons,to transport materials to and
from  specified  destinations  Drives truck to destination, applying knowledge of  commercial
driving regulations and area roads. Prepares receipts for load picked up.  Maintains truck
logs,according to state and federal regulations. Maintain s Qualcomm contact with supervisor to
receive delivery instructions .

11/02-01/03    Volt Agency ,Costa Mesa CA.-(714) 689-2156
               *Powerwave Corp, Santa CA.-(714)235-6931*

            Microscope soldering and assembler-soldering under microscope and hardware
assembler, and quality control inspection,log in daily on computer ,calibration Read blueprints
and schematic  Experience in Oscilloscope,ohm meter reading
            Extensive experience in all phases of Electrical/Electronic Assembly

07/02-11/02    Fairfield Inn Marriott , Buena Park, CA
            Housekeeping-clean rooms change linens,mopping,vacuuming,bathroom,disinfected
    and issued supplies

04/95-02/02    Gateway Auto Spa  Brea ,CA
            SELF-EMPLOYMENT –shoeshine woman and cleaning service

05/90-08/94    Douglas Aircraft Co , Longbeach,CA
            Installer- installation hook-up and soldering of wire assemblies on panels. Read
            and interpret blueprint,wiring harness using wire list and a variety of other duties .

CRST - 200$ - 2009

Price Tranfer - 2010 - 2016

J B Hunt - 2016 - 2018                    15 yr Driving

Tranport America 2018 - 2019

These are the job I accepted the "Lie" Destroy
Gerin Trucking - 1099 Tax.

Associtated Acquisition - 1099 Tax

Star Transport - offer one pay - Quit
                                                        Quit
Specialized Tranport - Head Light would not Change

Arnold Tranport - Higher pay 9 mos  quit

Pachal - Low miles - Quit

Koch - Higher pay - Quit

I went to "Grayhound" Found out I had a
Drop trailer

Jetco - Found out I had a Drop Trailer

Several Job Denied

**From:**                                     **Jimmy Marion**
**Sent:**                                     **Monday, June 3, 201**
**To:**                                       **'bdixon444@gmail.c**
**Subject:**                                  **RE: HireRight Disput**


**Barbara,**

**I am reaching out in response to an email that you sent**
**up, we (the employer) received a consumer dispute not**
**to by May 8, 2019 as required. TCA has fulfilled its oblig**
**communication regarding this matter unless new inforr**

**Best Regards,**

**Jimmy Marion**
**Human Resources Manager**
**Transport America**
**(205) 769-1650 (W)**
**Jimmy.Marion@transportamerica.com**
**www.TransportAmerica.com**


**THE TRUCKING COMPANY THAT'S CHANGING TRUCKING ®**



 **Gmail**

Barbara Dixon <bdixon444@gmail.com>

# DO PAUL KNOW HOW MANY OF YOU PEOPLE THINK A DROPPED TRAILER MEAN THE SAME AS A HIGHHOOK

1 message

**Barbara Dixon <bdixon444@gmail.com>**
To: Jimmy.Marion@transportamerica.com

Mon, Jun 3, 2019 at 12:49 PM

I WANT ANSWER TO HOW IN HELL CAN SO CALL PROFESSIONAL PEOPLE STAND BY THAT LIE HIRERIGHT JUST AS GUILTY  KEEP ALL MY E MAIL NOT JUST ONE THAT FAVOR YOU PLEADING WITH YOU TO PUT WHAT HAPPEN

*(handwritten top)* CASE 215032YU

## Three accidents.

*(handwritten)* SAFETYMAN

Richard Purdue <richard.Purdue@transportamerica.com>
to Edison444@gmail.com

| Inbox | 42 |
| Starred | |
| Snoozed | |
| Important | |
| Sent | |
| Drafts | 49 |
| Categories | |
| Social | 3,296 |
| Updates | 211 |
| Forums | |
| Promotions | 29,700 |
| Personal | |
| deadpilot | |
| Travel | |
| More | |

| 08/13/2018 DBGA | STRUCK FIXED OBJECT, YARD, VH-1 HIT GATE |
| 08/21/2018 DBGA | BACKING, DOCK AREA, NONE |
| 08/01/2019 DBGA | HIGH HOOK, CUSTOMER LOT, TR/ |

[ Reply ]   [ Forward ]

*(handwritten list)*
PAUL SIMMONS
SCOTT STELMAN
TOM BENUSA
ROB MCNEIL
LISA GONNERMAN
PHIL REYNOLDS
ERIC ANSON

 Gmail

Barbara Dixon <bdixon444@gmail.com>

**Three accidents.**

Richard Paulos <Richard.Paulos@transportamerica.com>
To: "Bdixon444@gmail.com" <Bdixon444@gmail.com>

Tue, Apr 9, 2019 at 8:11 AM

08/13/2018 DIXBA      STRUCK FIXED OBJECT, YARD, VH1 HIT GATE ARM, NONE

08/21/2018 DIXBA           BACKING, DOCK AREA, NONE

03/01/2019 DIXBA           HIGH HOOK, CUSTOMER LOT, TRACTOR STRUCK TRAILER, HOLE IN TRAILER,
TRACTOR FAIRING BENT

HireRight Report to DAC Edition - HireRight Consumers. Subject: Complete Report.    Page 5 of 6

# M Gmail

Barbara Dixon <bdixon444@gmail.com>

## Three accidents.

Richard Paulos <Richard.Paulos@transportamerica.com>    Tue, Apr 9, 2019 at 8:11 AM
To: "bdixon444@gmail.com" <bdixon444@gmail.com>

| | | |
|---|---|---|
| 08/13/2018 DDGBA | STRUCK FIXED OBJECT, YARD, VH1 HIT GATE ARM, NONE | |
| 08/21/2018 DDGBA | BACKING, DOCK AREA, NONE | *UN Known* |
| 03/01/2019 DDGBA TRACTOR FAIRING BENT | HIGH HOOK, CUSTOMER LOT, TRACTOR STRUCK TRAILER, HOLE IN TRAILER, | |

*I would hope that you would put The right information on my DAC (PLEASE) truth To Power you always LIE BE*

| Accident/Incident #3 | |
|---|---|
| Date: | 03/01/2019 |
| DOT Recordable: | No |
| City, State: | Grapevine, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Dropped Trailer |

*you know this is more daming on my 16 yrs Driving*

No additional accident/incident information available *This is a diffrent meanig you Lied on DAC REPORT*

Driver Statement *Tell the truth See people like me don't have*

Driver Statement Entered on 04/11/2019 *The money to hire A Lawyer I WANT*
*you to put what happen*

Accident/incidents 08/21/2018 and 03/01/2019 are being disputed

Activity Log *SOMEONE will Listen you AND HireRight are*

| Activity | Date/Time | Performed By | Recipient | Result |
|---|---|---|---|---|
| Report Submitted | Apr 10, 2019 8:31 AM PDT | DAC Edition - HireRight Consumers | | |
| Report Submitted | Apr 11, 2019 2:32 AM PDT | DAC Edition - HireRight Consumers | | |

*WRONG you PAY Them AND truth DONT maTTer (INTegrit*

1 "Complete" indicates that this request has been processed to conclusion. Please review the report details in their entirety to evaluate any potential discrepancies or records related to this request.

*I HAVE LOT EMAILS*    *Do Right Thing TRANSPORT AmericA*




# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001

www.dps.texas.gov
DRIVER LICENSE DIVISION
512-424-2600
EN ESPANOL 512-424-7181

STEVEN C. McCRAW
DIRECTOR
FREEMAN F. MARTIN
DWIGHT D. MATHIS
JEOFF WILLIAMS
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIRMAN
NELDA L. BLAIR
STEVE H. STODGHILL
DALE WAINWRIGHT

## CERTIFIED ABSTRACT RECORD: 12/29/2021

- THIS TYPE OF RECORD WILL REFLECT COMPLETION OF A DRIVING SAFETY COURSE.
- THIS RECORD REFLECTS ENFORCEMENT ACTIONS, CONVICTIONS, AND CRASH INVOLVEMENTS THAT ARE ALLOWED TO BE DISPLAYED BY LAW.

---

**REQUESTED BY:**

DIXON, BARBARA
5536 E ROSEDALE
fortworth, TX 76112

---

### DIXON, BARBARA JEAN

5536 E ROSEDALE ST
FORT WORTH, TX 76112
NO REPORT OF APPROVED DRIVER EDUCATION COURSE.

| | |
|---|---|
| Date of Birth: | 06/01/1957 |
| Sex: | FEMALE |
| Eye Color: | GRAY |

---

## DRIVER LICENSE AND COMMERCIAL LEARNERS PERMIT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Driver License Number: | 40948880 | License Type: | CDL | License Class: | A |
| Date Originally Issued: | 04/26/2016 | Date Last Issued: | 05/12/2021 | Date of Expiration: | 06/01/2026 |
| Restrictions: | NONE | | | | |
| Endorsements: | TANK VEHICLE; DOUBLE/TRIPLE TRAILER | | | | |
| Commercial Learners Permit: | | | | License Class: | A |
| Date Originally Issued: | 04/01/2019 | | | Date of Expiration: | 09/28/2019 |
| Restrictions: | No Passengers in CMV Bus | | | | |
| Endorsements: | PASSENGER | | | | |

## MEDICAL CERTIFICATE INFORMATION

| | | | |
|---|---|---|---|
| CDL Self-Certification Category: | NON-EXCEPTED INTERSTATE | Medical Certificate Status: | CERTIFIED |
| Medical Examiner Name: | GRAVES, CAL | | |
| Medical Examiner License Number: | PA06373 | Medical Licensing Jurisdiction: | TX |
| Medical Examiner Specialty: | PA - PHYSICIAN ASSISTANT | | |
| Medical Examiner Telephone Number: | (817) 984-8001 | Medical Examiner Registry Number: | 4823279588 |
| Medical Certificate Issue Date: | 09/09/2021 | Medical Certificate Expiration Date: | 09/09/2022 |
| Medical Certificate Restriction(s): | NONE | | |
| Waiver/Exempt Effective Date: | NONE | Waiver/Exempt Expiration Date: | NONE |
| SPE Effective Date: | NONE | SPE Expiration Date: | NONE |

## STATUS INFORMATION

*Driver eligibility reflects a person's eligibility to drive at the time this document was requested.*
*Administrative Status details additional notes related to the person's record that do not affect driving eligibility.*

Driver Eligibility: **ELIGIBLE**

Administrative Status:        NONE

## ENFORCEMENT ACTION HISTORY

*This section displays enforcement actions that may affect a person's eligibility to drive. Additional information pertaining to any event related to the enforcement action can be found in the Event Section of this record.*

### THE RECORD CONTAINS NO HISTORY OF ENFORCEMENT ACTIONS

## DRIVER RESPONSIBILITY PROGRAM (DRP)

*This section displays information relating the Driver Responsibility Program. Any suspension action resulting from a notice will be referenced in the Enforcement Action History Section.*

### THE RECORD CONTAINS NO HISTORY OF DRP CASES

## EVENT HISTORY

*This section displays information relating to convictions, crash involvement, safety courses completed, out-of-state surrendered license history and education program certificates.*

| EVENT 1 | SURRENDER | SURRENDER OF OUT-OF-STATE CARD | | | |
|---|---|---|---|---|---|
| Application Date: | 04/26/2016 | Country: | US | State: | CA |

Pursuant to the authority contained in the Texas Rules of Evidence 902, Section 4, and Transportation Code, Section 521, I, Mimzie L. Dennis, do hereby certify that I am the custodian of driver records of the Driver License Division, Texas Department of Public Safety. The information contained herein is true and correct as taken from our official records. This is to certify that notices of convictions for the traffic law violations and incidents of motor vehicle accident involvement are received and recorded, along with the official action by the Department of Public Safety, in the computer records of BARBARA JEAN DIXON.

In Testimony Whereof, I hereunto set my hand and affix the Seal of the Department of Public Safety of the State of Texas on 12/29/2021.



Mimzie L. Dennis
Texas Department of Public Safety

### End of Record

# DRIVER RECORD INFORMATION

## IDENTIFICATION OF DRIVER BASED ON INFORMATION SUBMITTED

**DRIVER LICENSE OR ID CARD #** C4652585

**F.O.** | **DATES NO.** | **TYPE APP.** | **DATE** | **MISC. INFO. SUBMITTED BY REQUESTER** 33 CASUALS | **REG. CODE** N1170 | **RECORD DATE** 011022

**A PUBLIC SERVICE AGENCY** 75082  DIXON, BARBARA

**BIRTHDATE** 061156 | **SEX** F | **HEIGHT** 502 | **WEIGHT** 170 | **EYES** BROWN | **HAIR** BROWN

**DMV USE ONLY** CL DA7 01/10 BLK 999

### DRIVER LICENSE INFORMATION

**ISSUED** 051991 | **EXPIRES** 060116

**RESTRICTIONS** | **EXT.**

**DUP. LIC. ISSUED** | **LIC. HELD** 1114

CDL CML 051991 060116

## ITEM

| VIOLATION OR ACC. DATE | CONVICTION DATE | SECTION(S) VIOLATED LOCATION OR OUT-OF-STATE VIOLATION(S) | STATUTE | TYPE | COURT DISPOSITION |
|---|---|---|---|---|---|

NONE TO REPORT

LICENSE NOT VALID FOR CARRYING HAZARDOUS MATERIALS
MCSA CLEARANCE EXPIRED: 11-09-16
NOT VALID FOR COMMERCIAL OPERATION/
CURRENT MEDICAL EXAM REPORT REQUIRED
MEDICAL EXPIRES 07-02-16

## DEPARTMENT ACTION

NONE TO REPORT

OIS PUBLIC/COMMERCIAL OPS
CASUAL REQUESTS/VR
PO BX 944247
SACRAMENTO   CA  94244

---CONTINUED ON NEXT PAGE---

DL414 (REV 04/97)

DRIVER RECORD INFORMATION

STATE OF CALIFORNIA
DMV
A PUBLIC SERVICE AGENCY

IDENTIFICATION OF DRIVER BASED
ON INFORMATION SUBMITTED
(CONTINUED FROM PREVIOUS PAGE)

| DRIVER LICENSE NO. OR ID CARD # | C4052585 |
| F.O. BATES NO. | TYPE APP. | DATE | MISC. INFO. SUBMITTED BY REQUESTER | REQ. CODE | RECORD DATE |
| | | | 33 CASUALS | N1170 | 01/10/22 |

BIRTHDATE | SEX | HEIGHT | WEIGHT | EYES | HAIR

DIXON, BARBARA
75082

**DMV USE ONLY**

DRIVER LICENSE INFORMATION

| CLASS | ISSUED | EXPIRES | EXT. | RESTRICTIONS | DUP. LIC. ISSUED | LIC. HELD |

ITEM NO. | VIOLATION OR ACC. DATE | CONVICTION DATE | SECTION(S) VIOLATED LOCATION OR ACCIDENT OR OUT-OF-STATE VIOLATION(S) | STATUTE

**COURT DISPOSITION**

| TYPE | JAIL OR CYA | AMT. | DOCKET, CITATION OR FR FILE NUMBER | LOCATION OF COURT OR ACCIDENT REPORT NUMBER | VEHICLE LICENSE |

ANY ACCIDENTS SHOWN ABOVE DO NOT NECESSARILY INDICATE DRIVER RESPONSIBILITY

- DOUBLES/TRIPLES ENDORSEMENT
M- HAZARDOUS MATERIALS ENDORSEMENT
1- TANK VEHICLE ENDORSEMENT
8- SUBJECT ISSUED ID CARD 11/29/01 EXPIRES 06/01/07
C-

- OIS PUBLIC/COMMERCIAL OPS
CASUAL REQUESTS/VR
PO BOX 944247
SACRAMENTO      CA   94244

DEPARTMENT ACTION | MAIL ORDER DATE | EFFECTIVE DATE | AUTHORITY SECTION(S) OR OTHER STATE TAKING ACTION | THRU DATE OR TERM | REASON FOR ACTION | SERVICE OF ORDER TYPE | DATE | FR FILE NUMBER

- SEE REVERSE FOR EXPLANATION OF CODES

CERTIFIED DOCUMENTS

DL414 (REV 04/97)

# DRIVER RECORD INFORMATION

**DMV USE ONLY**

| REG. CODE | RECORD DATE |
|---|---|
| N1170 | 01/10/22 |

IDENTIFICATION OF DRIVER BASED
ON INFORMATION SUBMITTED

A PUBLIC SERVICE AGENCY

75081   DIXON, BARBARA

| DRIVER LICENSE OR ID CARD # | F.O. | BATES NO. | TYPE APP. | DATE | MISC. INFO. SUBMITTED BY REQUESTER |
|---|---|---|---|---|---|
| C4652585 | | | | | 33 CASUALS |

| BIRTHDATE | SEX | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|
| 06156 | F | 502 | 170 | BROWN | BROWN |

## DRIVER LICENSE INFORMATION

| ITEM | ISSUED | EXPIRES | EXT. | RESTRICTIONS | DUP. LIC. ISSUED | LIC. HELD |
|---|---|---|---|---|---|---|
| CDL ML | 05191 | 060116 | | | CL DA7 01/10  BLK 999 | 1114 |

### COURT DISPOSITION

| VIOLATION ITEM | VIOLATION OR ACC. DATE | CONVICTION DATE | SECTION(S) VIOLATED LOCATION OR ACCIDENT OR OUT-OF-STATE VIOLATION(S) | STATUTE | TYPE | JAIL CYA | AMT. | DOCKET, CITATION OR FR FILE NUMBER | LOCATION OF COURT OR ACCIDENT REPORT NUMBER | VEHICLE LICENSE |
|---|---|---|---|---|---|---|---|---|---|---|
| NONE TO REPORT | | | | | | | | | | |

**ACCIDENTS SHOWN ABOVE DO NOT NECESSARILY INDICATE DRIVER RESPONSIBILITY**

LICENSE NOT VALID FOR CARRYING HAZARDOUS MATERIALS
M - FMCSA CLEARANCE EXPIRED: 11-09-16
I - NOT VALID FOR COMMERCIAL OPERATION/
S - CURRENT MEDICAL EXAM REPORT REQUIRED
C - MEDICAL EXPIRES 07-02-16

| DEPARTMENT ACTION | MAIL ORDER DATE | EFFECTIVE DATE | AUTHORITY SECTION(S) OR OTHER STATE TAKING ACTION | THRU DATE OR TERM | REASON FOR ACTION | SERVICE OF ORDER | | FR FILE NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | TYPE | DATE | |
| NONE TO REPORT | | | | | | | | |

--- CONTINUED ON NEXT PAGE ---

- OIS PUBLIC/COMMERCIAL OPS
- CASUAL REQUESTS/VR
  PO BOX 944247
  SACRAMENTO      CA   94244

CERTIFIED

SEE
- REVERSE FOR
  EXPLANATION
  OF CODES

DL414 (REV 04/97)

# DRIVER RECORD INFORMATION

## IDENTIFICATION OF DRIVER BASED ON INFORMATION SUBMITTED

STATE OF CALIFORNIA

**DMV**

A PUBLIC SERVICE AGENCY

DIXON, BARBARA
(CONTINUED FROM PREVIOUS PAGE)

| DRIVERS LICENSE OR ID CARD # | F.O. | DATED NO. | TYPE APP. | DATE | MISC. INFO. SUBMITTED BY REQUESTER | REG CODE | RECORD DATE |
|---|---|---|---|---|---|---|---|
| C4052585 | | | | | 33 CASUALS | N1170 | 01102 |

DMV USE ONLY    75081

| BIRTHDATE | SEX | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|

## DRIVER LICENSE INFORMATION

| CLASS | ISSUED | EXPIRES | EXT. | RESTRICTIONS | DUP. LIC. ISSUED | LIC. HELD |
|---|---|---|---|---|---|---|
| C | | | | | | |
| 8 | | | | | | |
| M1 | | | | | | |

DOUBLES/TRIPLES ENDORSEMENT
HAZARDOUS MATERIALS ENDORSEMENT
TANK VEHICLE ENDORSEMENT
SUBJECT ISSUED ID CARD 11/29/01 EXPIRES 06/01/07

ACCIDENTS SHOWN ABOVE DO NOT NECESSARILY INDICATE DRIVER RESPONSIBILITY

| VIOLATION OR ACC. DATE | CONVICTION DATE | SECTION(S) VIOLATED LOCATION OR ACCIDENT OR OUT-OF-STATE VIOLATION(S) | STATUTE |
|---|---|---|---|

## COURT DISPOSITION

| TYPE | JAIL OR CVA | AMT. | DOCKET, CITATION OR FR FILE NUMBER | LOCATION OF COURT OR ACCIDENT REPORT NUMBER | VEHICLE LICENSE |
|---|---|---|---|---|---|

• OIS PUBLIC/COMMERCIAL OPS
CASUAL REQUESTS/VR
PO BX 944247
SACRAMENTO    CA    94244

| DEPARTMENT ACTION | MAIL ORDER DATE | EFFECTIVE DATE | AUTHORITY SECTION(S) OR OTHER STATE TAKING ACTION | THRU DATE OR TERM | REASON FOR ACTION | SERVICE OF ORDER | | FR FILE NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | TYPE | DATE | |

• SEE REVERSE FOR EXPLANATION OF CODES

CERTIFIED DOCUMENTS

DL414 (REV 04/97)

# NEW YORK STATE POLICE
Commercial Vehicle Enforcement Unit

Troop E

TE241f (7/01)

## DRIVER/VEHICLE EXAMINATION REPORT
Report Number: NYSP0368ID 360

**Inspection Date:** 12/14/2021
**Start Time:** 09:06 AM   **End Time:** 09:31 AM
**Insp. Level:** 3 - DRIVER ONLY
**HAZMAT Insp:**

---

SWIFT TRANSPORTATION CO OF ARIZONA LLC

2200 S 75TH AVE

PHOENIX          , AZ      85043

**USDOT#:** 054283        **Phone#:**
**MC/MX#:**               **Fax#:**
**State#:**

**Driver:** DIXON          , BARBARA       J
**License#:** 40948860                 **State:** TX
**Date of Birth:** 06/01/1957
**CoDriver:**                   ,
**License#:**
**Date of Birth:**                      **State:**

**Location:** AVON
**Highway:** ST-39
**County:** LIVINGSTON

**MilePost:**
**Origin:** COOPER PLAINS        , NY
**Destination:** AVON            , NY

**Shipper:**
**Bill of Lading:**
**Cargo:** EMPTY

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | License # | Equipment ID | VIN # | GVWR | CVSA # | OOS# |
|------|------|------|------|-------|-----------|--------------|-------|------|--------|------|
| 001 | TT | FRHT | 2022 | IN | 3107211 | 220817 | 3AKJHHDR7NSNA2054 | 52350 | | |
| 002 | ST | UTIL | 2016 | IN | P504668 | 583486 | 1UYVS2S39GU641447 | 65000 | | |

**BRAKE ADJUSTMENTS**     NO BRAKE MEASUREMENTS REQUIRED FOR LEVEL 3 INSPECTIONS

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|----------|---------|------|-----|------------|--------|-------|-----------------------|
| | | | | | | | |

**HazMat:** NO HM TRANSPORTED                                     **Placard:** NO     **Cargo Tank:**

**Special Checks:** TRAFFIC ENFORCEMENT

---

1.) **NOTE TO DRIVER:** Return this report to the motor carrier whose name appears at the top.

2.) **NOTE TO REPAIRER:** If entries are made in the violation section above, please sign the report when repairs are completed.

Signature Of Repairer X: _____   Facility: _____   Date: _____

3.) **MOTOR CARRIER:** Sign and return within 15 days of issuance, this report ONLY if violations are entered in the violation section.

**MAILING ADDRESS:**  New York State Department of Transportation          **EMAIL ADDRESS:**   trucksafety@dot.ny.gov
                      Commercial Motor Vehicle Inspections
                      50 Wolf Road POD 53
                      Albany, New York 12232

4.) **TRAFFIC TICKETS:** If issued, MUST be returned to the COURT whose address appears on the front of the TICKET.

5.) If you have any reason to question the results of this inspection go to https://dataqs.fmcsa.dot.gov.

6.) If the vehicle has NOT been repaired and HAS been permanently removed from service, initial here   _____   and sign number 7.

7.) **MOTOR CARRIER CERTIFICATION:** I hereby certify that all violations entered on this report have been corrected or have not been corrected

in accordance with paragraph 6, and action has been taken to assure compliance with the NYS Transportation Law and Regulations.

Vehicle(s) with violation(s), and marked with a "Y" in the OOS column of this report are declared OUT OF SERVICE pursuant to the NYS Transportation Law. No person shall remove the "Out-of-Service Vehicle" sticker or operate such vehicle(s) until the OUT OF SERVICE condition(s) has been repaired. Note: OOS Vehicle violations verified repaired at scene will have an "A" in verify column of the violation

Signature of Motor Carrier X: _____        Title: _____        Date: _____

---

**Report Prepared By:**                    **Badge #:**     **Copy Received By:**

CHRISTOPHER      M LANA              4265         BARBARA          J  DIXON



x _____          x _____

NYSP0368833



## WAREHOUSING • TRANSPORTATION • DISTRIBUTION

December 1, 2021

Re: Barbara Dixon

To Whom It May Concern:

This letter is to confirm that Ms. Barbara Dixon worked for Price Transfer, Inc.
from October 5, 2010 – February 5, 2016.  She was employed full-time as a
company driver.

If you should need any further information, please let me know.

Regards,

Georgette Nadal
Director of Human Resources
Price Transfer, Inc.

310-608-3118
310-537-7032 FAX

# Koch
## COMPANIES

Date 05-07-2021

Hello!

Rate of Pay: **.57 cpm**
Position: **Super Regional**
Hometime: **7 to 14**
Orientation Bonus: **$5000**

Orientation Date: **05-10-2021**
Recruiter Name: **Kris Keplar**
Telephone: **Kris 612-805-5142**

## Koch Trucking Orientation

**Welcome** and thank you for choosing Koch Trucking!
We are providing this letter to lay out expectations and to help you be successful. We want to be clear that we are asking you to participate in orientation as a potential employee. You will not be considered a Koch employee until you sucessfully meet all qualifications and complete the orientation.

### Paperwork/documentation to Bring:

To prevent delays in processing your final paperwork, please bring the following items with you to class.

- Class A CDL Drivers License. <u>Please bring your long form physical</u> & your medical certificate. If you have 6 mos or less remaining on your medical certificate, you will get a new physical during orientation.
- Proof of eligibility for employment in the US - Please see attached List of Acceptable Documents
- 10 years of work history
- Direct Deposit:
  - Please bring a voided check, or Direct deposit Authorization form obtained through the issuer bank or financial institution: Must include bank name, routing number and account number associated.
  - Green Dot/WalMart/AMEX reloadable accounts are also acceptable. *We do not accept hand written information or camera screen shots.
- All prescription medication(s), all currently prescribed medications. Please be prepared to provide a list of medications.
- You will be completing your benefit enrollment while in orientation. If you are planning to add dependents on any benefit plan, you will need to provide the social security number & date of birth for all dependents as required by the Affordable Care Act (ACA). You will also need to verify your dependents:
  - For a spouse: Either a copy of your marriage license or page 1 of your previous year's tax return (provided you filed jointly)
  - For children: Either a copy of birth certificate(s) or page 1 of your previous year's tax return (provided you claimed them as dependents)
- **You will receive an e-mail with instructions on completing the Orientation Paperwork. If you do not have access to a computer, there are computers available to use at the hotel when you arrive.**



Date: **07-22-2020**

Name: **Barbara Dixon**

SSN: **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**

**Barbara Dixon**

This letter will serve as confirmation of the position and rate of pay that is offered to you conditionally by Arnold Transportation. The final offer of employment is predicated upon successful completion of orientation. Successful completion of orientation includes, but is not limited to: Passing DOT physical and Company Road Test, Negative Drug Test Result, Completion of all **paperwork for Driver Qualification File.**

**Position: SW Super Regional**

**Rate or CPM: .50**

**Pay code: 639**

**Transition Pay: $1,000**

**Months of Verified Experience: 48+ months**

Accepting this pay package agree to accessorial pay items as outlined in Orientation as well as the following days out and time off requirements:

1.  Accepting driver agrees to be available not less than 21 consecutive days beginning at the completion of 72 hours off for 3 weeks out or 96 hours off for 4 weeks out.
2.  The driver agrees to the 72-96 hour return to work policy.
3.  Accepting driver agrees non-compliance with the days out and time off policy associated with this pay schedule will result in reassignment to an alternative pay schedule.
4.  Drivers who live within 50 miles a terminal agree to park at the terminal and uncouple from any trailer.
5.  Accepting driver agrees to do directed yard checks.
6.  Accepting driver agrees to maintain his or her logs to maximize productivity according the Federal Motor Carrier Safety Administration (FMCSA) guidelines.

If you have any questions call us at **800.846.4321**

Nolan Rivers III

Director of Recruiting

Signature _BDixon_____  Date: **07-23-2020**

*Arnold Transportation...Earnings you need...Home time you want...RESPECT you deserve!*

 **Gmail**

Barbara Dixon <bdixon444@gmail.com>

---

## PTL: Travel & Orientation Information
2 messages

---

**Loria Spears** <lspears@ptl-inc.com>                                    Fri, Apr 23, 2021 at 3:32 PM
To: "bdixon444@gmail.com" <bdixon444@gmail.com>



                         Paschall Truck Lines, Inc.

3443 US Hwy 641 South

Murray, KY 42071


Dear Barbara,


Welcome to the PTL team! In this letter you will find important information regarding your travel and what to bring to orientation. After you review this letter, please reply to this email to confirm you received it.


We review thousands of applicants but only send this welcome letter to the few who are highly qualified. Congratulations! We know selecting a company to call home can be a tough decision. As a 100% employee owned company, we take pride in the success of our people. We believe it is our ongoing duty to prove you made the right decision by choosing to come to PTL. We'll do that by providing you the support, equipment, and information you need to be successful. I've been working hard to help make this transition as seamless as possible. If you need anything, please don't hesitate to reach out.


We're looking forward to seeing you in Murray, KY on 4/28/21.


## What to bring to orientation:

- **Driver's license**

- **Social security card, or Birth Certificate, or US Passport**

- **DOT medical card (up to date, matching what's on your MVR)**

- Bank routing number and account number (to set up direct deposit)

- Bedding for the truck (twin size)

- Enough clothes & toiletries for up to 2 weeks

**CRST International, Inc.**
**201 1st St SE**
**Cedar Rapids, IA 52401**

DELIVERING PROMISES AND DRIVING SUCCESS
**CRST**
THE TRANSPORTATION SOLUTION

**Barbara J Dixon**
**5536 E Rosedale 1**
**Fortworth, TX 76112**

April 22, 2020, 2:02 pm
Dear Barbara J Dixon,

We are writing to inform you that one of the operating companies of CRST International, Inc. (CRST Expedited, Inc., CRST Malone, Inc., CRST Dedicated Services, Inc., Pegasus Transportation, Inc., The BESL Transfer Group, Gardner Trucking, Inc., CRST Specialized Transportation, Inc.) we are not going to hire you or engage you as an independent contractor based in whole or in part on our review of background reports provided by the Consumer Reporting Agency(ies) (CRAs) listed below. You may reach the CRA(s) who provided the report(s) at:

DriverIQ/Cisive
1030 Lillington Highway
Spring Lake, NC 28390
Phone: 855-881-0716
Web: https://www.cisive.com/dispute-a-background-report
E-mail: disputes@cisive.com

HireRight, LLC (https://www.hireright.com/)
3349 Michelson Drive
Suite 150
Irvine, CA 92612
Phone: 866-521-6995
Fax: 877-797-3442
E-mail: customerservice@hireright.com

OR:

Tenstreet
120 W. 3rd Street (http://www.tenstreet.com/drivers/)
Tulsa, OK 74103
Phone: 877-219-9283
E-mail: support@tenstreet.com

The CRA(s) did not make the decision and cannot provide you with information about it. You, nevertheless, have a right to contact the CRA(s) who provided the report(s) at any time to dispute any information in the background report that is inaccurate or incomplete. If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the agency must then, within thirty business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service.

You should already have received a copy of the background report, but have a right to obtain additional free copies from the CRA(s) who provided the report(s) (and whose name appears at the top of the report(s)). You have 60 days from the date you receive this notice to request additional free copies of any such reports from the CRA. The consumer credit reporting agency must provide someone to help you interpret the information on your credit report. Each calendar year you are entitled to receive, upon request, one free consumer report. If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency, to be kept in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you. If you reside in or applied for a position in California, Washington D.C., Washington state, or another locality, you also have the right to file a complaint with the California Department of Fair Employment and Housing, the Office of Human Rights in Washington D.C., the Washington state Attorney General Consumer Protection Division, and applicable local or state

towed away?

City

State/Province          TX

Were you in a            Yes
commercial vehicle?

If yes, was this a        No
Department of
Transportation
recordable accident?

Were you at fault?       Yes

Were you ticketed?       No

Please enter             unit sep/ hi hook.
detailed information     drop TRL 2 INcidENT
about this accident,              [2021]
whether the
accident was
chargeable,
recordable,
reportable, at fault,
and the estimated
cost of damages.

 Post_Adv...._em.pdf 

 **Barbara Dixon**
to CRST
4/22/2020 View details

Really if you look on that deck report
Transport America lied on my DAC
report they had to change it I got that
from the president of Transport
America and those three things on my
DAC I'm only responsible for two of
them that's why they had to put
miscellaneous the president of
Transport America made that happen
they lie

Show quoted text

**M** Gmail

Barbara Dixon <bdixon444@gmail.com>

## Barbara Dixon, 304347, Dates of Employment
1 message

**HR Solution Center** <hr_solution_center@jbhunt.com>                         Tue, Dec 21, 2021 at 9:42 AM
To: "bdixon444@gmail.com" <bdixon444@gmail.com>

**Staffing**

**Hire History**

| Business Process | Initiated On | Start Date | Status | Reason | Supervisory Organization | Headcount Restrictions | Position |
|---|---|---|---|---|---|---|---|
| Hire: BARBARA DIXON (304347) | 04/03/2018 10:31:24 AM | 04/03/2018 | Successfully Completed | Hire Employee > Rehire | 3GX Chep USA Fort Worth, TX 3GX (Amanda Wood (128553)) | | 00282389 Chep USA Class A Driver Local |
| Hire: BARBARA DIXON (304347) | 01/03/2018 08:03:42 AM | 01/03/2018 | Successfully Completed | Hire Employee > Reinstate with Benefits | 3+J Container Store Coppell, TX 3+J (Anthony Seaton (245940)) | | 00251551 DCS CDL Spotter |
| Hire: BARBARA DIXON (304347) | 07/11/2016 07:02:19 AM | 07/11/2016 | Successfully Completed | Hire Employee > Rehire | OL2 CRF Southwest NET2 OL2 (Elizabeth Johnson (133159)) | | 00195770 CRF Class A Driver Regional |
| Hire: BARBARA DIXON (304347) | 04/11/2016 07:19:07 AM | 04/11/2016 | Successfully Completed | Hire Employee > New Hire | L1N Intermodal Dallas, TX L1N (Michael Davies (301563)) | Intermodal Dallas, TX L1N (149 Headcount Unfilled) | 00170791 Intermodal Class A Driver Local |

**Position Change History**

| Business Process | Initiated On | Effective Date | Status | Reason | Outbound Organization | Outbound Position | Inbound Organization | Inbound Headcount Group | Inbound Position |
|---|---|---|---|---|---|---|---|---|---|
| Transfer: BARBARA DIXON (304347) | 07/15/2016 11:05:34 AM | 07/15/2016 | Successfully Completed | Transfer > Transfer > Job Change | OL2 CRF Southwest NET2 OL2 (Elizabeth Johnson (133159)) | 00195770 CRF Class A Driver Regional | L54 CRF Southwest NET2 L54 (Julie Jones (012655)) | | 00196890 CRF Class A Driver Regional |
| Transfer: BARBARA DIXON (304347) | 04/25/2016 03:32:08 PM | 04/25/2016 | Successfully Completed | Transfer > Transfer > Job Change | L1N Intermodal Dallas, TX L1N (Michael Davies (301563)) | 00170791 Intermodal Class A Driver Local | L1E Intermodal Haslet, TX L1E (Robert Sorrell (273391)) | Intermodal Haslet, TX L1E (150 Headcount Unfilled) | 00172255 Intermodal Class A Driver Local |

**Termination History**

| Business Process | Initiated On | Termination Date | Status | Supervisory Organization | Position |
|---|---|---|---|---|---|
| Terminate: BARBARA DIXON (304347) | 06/01/2018 02:10:23 PM | 06/01/2018 | Successfully Completed | 3GX Chep USA Fort Worth, TX 3GX (Stephen Paschal (303033)) | 00282389 Chep USA Class A Driver Local |
| Terminate: BARBARA DIXON (304347) | 02/01/2018 10:53:37 AM | 02/01/2018 | Successfully Completed | 3+J Container Store Coppell, TX 3+J (Anthony Seaton (245940)) | 00251551 DCS CDL Spotter |
| Terminate: BARBARA DIXON (304347) | 12/04/2017 02:35:36 PM | 11/12/2017 | Successfully Completed | L54 CRF Southwest NET2 L54 (Julie Jones (012655)) | 00196890 CRF Class A Driver Regional |
| Terminate: BARBARA DIXON (304347) | 05/25/2016 12:00:21 PM | 05/25/2016 | Successfully Completed | L1E Intermodal Haslet, TX L1E (Robert Sorrell (273391)) | 00172255 Intermodal Class A Driver Local |

**Organization**



**Rhonda Whinnery**

**HR Solution Center Representative**

**Human Resources**

800-777-4968

www.jbhunt.com



Intermodal | Dedicated | Final Mile | Flatbed | Truckload | Refrigerated | LTL | Managed Logistics

This email contains confidential material for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

# Transmission Log

Zoom In Market        Wednesday, 2020-04-15   18:24        8174579719

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|------|------|------|-------|--------|-------|---------------------|-----|--------|
| 2020-04-15 | 18:23 | SCAN | 06329 | 0:15 | 28800 | Dick Lavy Trucking | 1 | OK -- V.34 1M31 |

---

**DICK LAVY** Trucking, Inc.
Bradford, OH

## DOT VERIFICATION OF EMPLOYMENT

Please complete all blanks and fax or email back.

**THANK YOU!**

Please complete this form and return to:
Fax: (937)448-6022
Email: sfireoved@dicklavytrucking.com
If any questions please contact us at:
(937)448-6021 or (800)845-5289 x 221

Sent to the attention: **GERIN CARRIER**
Phone: (817)819-7087
Fax: gerincarrier@yahoo.com
1st Attempt **04/09** 2nd Attempt _____ 3rd Attempt _____
Certified letter mailed/DOT notified

### SECTION 1: PREVIOUS EMPLOYEE INFORMATION AND RELEASE

Name: **BARBARA DIXON**      Social Security #: 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

I hereby authorize: **GERIN CARRIER** release the below carrier to: **DICK LAVY TRUCKING**
for the purposes of investigation and qualifying me to drive a commercial motor vehicle, including pre-employment drug test
results. You are now required by the U.S. DOT and Federal Motor Carrier Safety Regulations 49 CFR Parts 40, 382 & 391 to furnish
this information. You are hereby released from any and all liability that may result from furnishing such information. Your quick
response to this request will be greatly appreciated.

Signature: **SIGNED RELEASE ATTACHED**      Date: 04/09/2020

### SECTION 2: PREVIOUS EMPLOYEE WORK HISTORY per 49 C.F.R. 391.21

Dates of employment from: **06 / 2018** to **present**     Additional dates if employee worked multiple times for employer:
Did this employee drive a motor vehicle for you? YES ☒ NO ☐   Angela drives *Midwest, west*
Reason for leaving:   Discharged   Resigned   Laid Off   Other   Reason picked up.

### SECTION 3: PERFORMANCE AND SAFETY HISTORY per 49 C.F.R. 391.25(2)

Please circle type of motor vehicle operated: Tractor-Semi/Trailer   Straight Truck   Bus   Tanker   Doubles/Triples Other
(Please specify) _____

ACCIDENTS: Please complete the following for any accidents that the applicant was involved in the last 3 years prior to
the application date shown above. If none please check this box. ☐

| DATE | LOCATION | INJURIES? | HAZMAT? | VEHICLES TOWED? | PREVENTABLE? |
|------|----------|-----------|---------|-----------------|--------------|
| *NONE* | | | | | |

### SECTION 4: DRUG AND ALCOHOL INFORMATION per 49 C.F.R. 40.25

| | YES | NO |
|---|-----|-----|
| Was this applicant in a DOT controlled substance testing program with your company? | ☒ YES | ☐ NO |
| Has this person had alcohol test with a result of 0.04 or higher? | ☐ YES | ☒ NO |
| Has this person tested positive or adulterated or substituted a test specimen for controlled substance? | ☐ YES | ☒ NO |
| Has this person refused to submit a post accident, random, reasonable suspicion or follow up alcohol or controlled substance test? | ☐ YES | ☒ NO |
| Has this person committed other violations of DOT agency drug and alcohol testing? | ☐ YES | ☒ NO |
| If this person has violated a DOT drug and alcohol regulation, did this person complete a SAP prescribed rehabilitation program in your employ, including return-to-duty and follow-up tests? If yes please send documentation back with this form. | ☐ YES | ☒ NO |
| For a driver who successfully completed a SAP rehabilitation referral and remained in your employ, did the driver subsequently have an alcohol test result of 0.04 or greater, a verified positive drug test, or refuse to be tested? | ☐ YES | ☒ NO |

Print name of person completing form: *Alan Gown*
Company: *Gerin Carrier AC*     Phone _____
City, State, Zip: *Ft Worth, TX*     Date *4-16-20*
Signature of person completing form

USA Truck, Inc
3200 Industrial Park Road
Van Buren, AR 72957

**USA TRUCK**

Capacity Solutions

**Barbara J Dixon**
**5536 E Rosedale 1**
**Fortworth, TX 76112**

April 9, 2019, 1:45 pm
Dear Barbara J Dixon,

This letter is being sent to you in compliance with the Fair Credit Reporting Act, 15 U.S.C. Section 1681b(b)(3) to inform you that you may be denied a position with our organization based on information received from one or more of the consumer reporting agencies listed below during a pre-employment background investigation:

HireRight, LLC
3349 Michelson Drive, Suite 150
Irvine, CA 92612
Phone: 866-521-6995
Fax: 877-797-3442
E-mail: customerservice@hireright.com

The Work Number
11432 Lackland, St. Louis, MO 63146

. 3P/FMCSA
1200 New Jersey Avenue SE, Washington, D.C. 20590
1-800-832-5660

DriverFACTS
5051 E. Orangethorpe Ave, Suite E265, Anaheim, CA 92807
1-800-832-5660
www.DriverRebuttal.com

Please find attached a copy of the report that was provided to us, as well as a copy of the Federal Trade Commission's publication, "A Summary of Your Rights Under the Fair Credit Reporting Act."

Should you wish to explain any items that appear on the report, please contact the undersigned immediately.

Should you wish to contest any information that appears in the report, you must contact the consumer reporting agency directly pursuant to the information in the Federal Trade Commission's publication.

Cordially,
USA Truck, Inc.
Human Resources Department
3200 Industrial Park Road
Van Buren, AR
479-471-2500

*Kristy PAVEK@TRANSPORTAMERICA.COM*

———————————————— **Transportation Employment History** ————————————————

**Transportation Employment History**

*2subrequest.*

**1. Result:**                                                                                    **Data Found**

**Time Completed:** Jul 16, 2020 9:07 AM PDT

**Information on Database Record**

| | |
|---|---|
| Name: | DIXON B |
| Social Security Number: | 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 |
| DOB: | |

**Previous Employer**

| | |
|---|---|
| Employment Record Owner: | Schneider National Carriers, Inc. |
| Storing records for: | |
| Address: | 3101 S. Packerland Dr Green Bay, WI 54313 |
| Original Data Received on: | 07/14/2016 |

**Work Record**

| | |
|---|---|
| Period of Service From / To Date: | 06/2016 - 07/2016 |
| Status (Driver): | Company Driver |
| Driver's Experience: | Over the Road |
| Equipment Operated: | Van |
| Loads Hauled: | Gen. Commodity |

Work Record, eligibility for re-hire, reason for leaving, accident information and drug/alcohol information cannot be reported on the above driver because the providing company is no longer an active participant in the Employment History File.

**2. Result:**                                                                          **Data Found**

**Time Completed:** Jul 16, 2020 9:07 AM PDT

**Information on Database Record**

| | |
|---|---|
| Name: | DIXON BARBARA |
| Social Security Number: | 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 |
| DOB: | 06/01/1957 |

**Previous Employer**

| | |
|---|---|
| Employment Record Owner: | Transport Corporation of America - Compliance |
| Storing records for: | Robert Hansen Trucking |
| Address: | 1715 Yankee Doodle Rd Eagan, MN 55121 |
| Phone: | 651-686-2500 |
| Fax: | 651-994-5754 |
| Original Data Received on: | 03/08/2019 |

**Work Record**

| | |
|---|---|
| Period of Service From / To Date: | 06/2018 - 03/2019 |
| License Number: | US-TX, 40948880 |
| Eligible for Rehire: | Review Required Before Rehiring |
| Reason for Leaving: | Discharged (or Company Cancelled Lease) |
| Status (Driver): | Company Driver |
| Driver's Experience: | Over the Road |
| Equipment Operated: | Van |
| Loads Hauled: | Gen. Commodity |
| | Hazardous Material |
| Work Record: | Other |

**Accident/Incident History Summary**

NOTE: If this company has reported any accidents/incidents to HireRight related to this driver for the relevant timeframe, the number of such accidents/incidents will be listed in the fields below, classified as either:

**DOT Recordable** - for those accidents that meet the U.S. Department of Transportation's (DOT) definition for an "Accident" as set forth in Section 390.5 of the Federal Motor Carrier Safety Regulations (49 CFR 390.5); OR

**Non DOT Recordable** - for those accidents/incidents that do not meet the DOT Recordable definition referenced above, but where equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver, regardless of fault.

Inclusion of an accident/incident in either of the above-referenced categories is not an indication of whether such accident/incident involved a citation and/or a law enforcement investigation. Adverse accident/incident history information is reported by HireRight for up to 7 years.

If the entry below is "0", then no such records have been reported to HireRight by this company for the particular category for the relevant timeframe

Request #: TS-071620-345TV, Completed:

**Number of DOT Recordable accidents less than 7 years old: 0**

**Number of Non DOT Recordable accidents/incidents less than 7 years old: 3**

Accident/Incident #1

| | |
|---|---|
| Date: | 08/13/2018 |
| DOT Recordable: | No |
| City, State: | DALLAS, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Struck Stationary Object |

Accident/Incident #2

| | |
|---|---|
| Date: | 08/21/2018 |
| DOT Recordable: | No |
| City, State: | Garland, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Backing |

Accident/Incident #3

| | |
|---|---|
| Date: | 03/01/2019 |
| DOT Recordable: | No |
| City, State: | Grapevine, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Misc. |

*7-16-2020*

No additional accident/incident information available

---

**Activity Log**

| Activity | Date/Time | Performed By | Recipient | Result |
|---|---|---|---|---|
| Report Submitted | Jul 16, 2020 9:07 AM PDT | Arnold Transportation | | |

Request #: TS-071620-345TV. Completed:

# Background Screening Report - Single Item

**Driver IQ PRE (Summary) Dixon, Barbara J**

**Driver iQ**

From Case Number: 22310342
Prepared For: Swift Recruiting

4500 S 129TH EAST AVE SUITE 127.
TULSA, OK 74134-5801
Telephone: (877) 867-2359
Fax: (918) 591-2854

## CANDIDATE INFORMATION

| | |
|---|---|
| Candidate: | Dixon, Barbara J |
| Candidate's Address: | 5536 E Rosedale |
| | 1 |
| | Fortworth, TX 76112 |
| | UNITED STATES |

DOB: 06/01/1957
SSN: XXX-XX-2587

## SUMMARY OF FULL INVESTIGATION

| Request | Completed | Element Type | Description | Status |
|---|---|---|---|---|
| 08/24/2021 | 08/24/2021 | PREVIOUS RECORD OF EMPLOYMENT | DRIVER IQ PRE - SCHNEIDER ENTITIES | Complete |
| 08/24/2021 | 08/24/2021 | PREVIOUS RECORD OF EMPLOYMENT | DRIVER IQ PRE - JB HUNT | Complete |
| 08/24/2021 | 08/24/2021 | PREVIOUS RECORD OF EMPLOYMENT | DRIVER IQ PRE - CRST INTERNATIONAL, INC. | Complete |
| 08/24/2021 | 08/24/2021 | PREVIOUS RECORD OF EMPLOYMENT | DRIVER IQ PRE - CR ENGLAND | Complete |
| 08/24/2021 | 08/24/2021 | PREVIOUS RECORD OF EMPLOYMENT | *DRIVER IQ PRE (SUMMARY) DIXON, BARBARA J | Complete |
| 08/24/2021 | 08/24/2021 | PREVIOUS RECORD OF EMPLOYMENT | *DRIVER IQ PRE - TRANSPORT AMERICA | Complete |
| 08/24/2021 | 08/24/2021 | PREVIOUS RECORD OF EMPLOYMENT | *DRIVER IQ PRE - STAR TRANSPORTATION INC | Complete |
| 08/24/2021 | / / | MOTOR VEHICLE RECORD | STATE OF TEXAS | Pending |
| 08/24/2021 | 08/24/2021 | MOTOR VEHICLE RECORD | COMMERCIAL DRIVERS LICENSE INFO. | Complete |

## Case Comments:

Reference 1:
Recruiter: Victor Guerrero
Division: Trainee Recruiting Team

RequestID: 3570662
Candidate_ID: 19791534
Ordering_User: Victor Guerrero
Email : bdixon444@gmail.com
Primary : 5622128700

Printed: 08/24/2021 02:47:57 PM
DISP75

WWW.DRIVERIQ.COM
CONFIDENTIAL

Dixon, Barbara J
Case No.: 22310342 Page 1

**Status Definitions**

| Adverse | The report component is complete and includes discrepant or negative information. |
|---|---|
| Clear | Clear, no review required. |
| Complete | Complete and ready for review. |
| Error | The report component could not be completed due to incorrect input of information. |
| Needs Review | The report is complete, however, the component contains information that should be reviewed. |
| NotPursued | Lead intentionally closed before research completed. |
| Pending | Lead still being researched. |
| See Detail | Results are neither clear nor adverse for this component. Refer to "Investigative Detail" pages for more information. |

Printed: 08/24/2021 02:47:57 PM
DISP75

WWW.DRIVERIQ.COM
**CONFIDENTIAL**

Dixon, Barbara J
Case No.: 22310342 Page 2

# PRE- EMPLOYMENT HISTORY SEARCH

**Description: Driver IQ PRE (Summary) Dixon, Barbara J**
Summary: Complete(As of: 08/24/2021)

```
===========================================================================
PREVIOUS RECORD OF EMPLOYMENT AND/OR SCHOOL REPORT
===========================================================================
NAME : DIXON, BARBARA                        DOB :XXXXXXXXXX
SSN  : XXX-XX-2587                           CDL :
---------------------------------------------------------------------------
SUMMARY
===========================================================================
COMPANY                          |  FROM   |    TO    |MONTHS| ACCD
===========================================================================
STAR TRANSPORTATION INC             04/23/2020 06/19/2020     2      0

                 TIME BETWEEN RECORDS                        14

TRANSPORT AMERICA                   06/04/2018 03/07/2019     9      3

                 TIME BETWEEN RECORDS                         0

JB HUNT                             04/03/2018 06/01/2018     2      0

                 TIME BETWEEN RECORDS                         2

JB HUNT                             01/03/2018 02/01/2018     1      0

                 TIME BETWEEN RECORDS                         2

JB HUNT                             07/11/2016 11/12/2017    16      0

SCHNEIDER ENTITIES                  06/20/2016 07/13/2016     1      0

                 TIME BETWEEN RECORDS                         1

JB HUNT                             04/11/2016 05/25/2016     1      0

                 TIME BETWEEN RECORDS                        81

CRST INTERNATIONAL, INC.            10/24/2006 08/13/2009    34      0

CR ENGLAND                          08/17/2006 10/24/2006     2      0

---------------------------------------------------------------------------


===========================================================================
CARRIER INFORMATION:                     USDOT# :
STAR TRANSPORTATION INC
1116 POLK AVE                            PHONE  :
NASHVILLE TN 37224


CARRIER TYPE            RECORD AVAILABILITY
----------------------- ---------------------------------------------------
     .                  LAST CARRIER UPDATE : 08/24/2021
                        DRIVER RECORDS SINCE:   /  /
                        ACCIDENT/INCIDENT AVAILABLE : YES
                        DRUG/ALC AVAIL      : YES - DRIVERIQ
                            DOT DRUG AND ALCOHOL HISTORY IS AVAILABLE
                            ON DRIVERIQ'S WEBSITE.
                            HTTPS://ADMIN.DRIVERIQ.COM/
                            A USERNAME AND PASSWORD IS REQUIRED TO COMPLETE
```

```
DRIVER INFORMATION:
NAME    : DIXON, BARBARA                        SSN :   XXX-XX-2587
PHONE                                           DOB :   XXXXXXXXXX
MV LIC 1: TN-40948880
ADDRESS : 76112

  EQUIP TYPE   : VAN, TRACTOR TRAILER (NON-SPECIFIC)
  LOADS HAULED : NOT PROVIDED
  DRIVER EXP   : OVER THE ROAD
```

------------------------------------------------------------------------------
WORK DETAIL
------------------------------------------------------------------------------

```
FROM       TO          COMPANY           : STAR TRANSPORTATION INC
04/23/2020 06/19/2020  POSITION          : OTR
                       REASON FOR LEAVING : NOT PROVIDED
                       VOL / INVOL       : VOLUNTARY
                       ELIGIBLE FOR REHIRE: YES
```

==============================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.

==============================================================================
```
CARRIER INFORMATION:                     USDOT# :183949
TRANSPORT AMERICA
1715 YANKEE DOODLE RD                     PHONE  :651-686-2500
EAGAN MN 55121
```

```
CARRIER TYPE              RECORD AVAILABILITY
------------------------  --------------------------------------------------
  EQ-VVAN                 LAST CARRIER UPDATE : 08/24/2021
  EQ-TDRY                 DRIVER RECORDS SINCE: 01/01/2006
  LD-GENC                 ACCIDENT/INCIDENT AVAILABLE : YES
  LD-HGOOD                DRUG/ALC AVAIL      : YES - DRIVERIQ
  DE-REG                    DOT DRUG AND ALCOHOL HISTORY IS AVAILABLE
  DE-OVRRD                  ON DRIVERIQ'S WEBSITE.
  LD-GENC                   HTTPS://ADMIN.DRIVERIQ.COM/
                            A USERNAME AND PASSWORD IS REQUIRED TO COMPLETE
                            THIS REQUEST.

  ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.
```

==============================================================================
```
DRIVER INFORMATION:
NAME    : DIXON, BARBARA J                      SSN :   XXX-XX-2587
PHONE    5622128700                             DOB :   XXXXXXXXXX
MV LIC 1: TX-40948880
ADDRESS : 1 FT WORTH TX

  EQUIP TYPE   : VAN, DRY BOX
  LOADS HAULED : GEN COMMODITY, HOUSEHOLD GOODS
  DRIVER EXP   : REGIONAL, OVER THE ROAD
```

------------------------------------------------------------------------------
WORK DETAIL
------------------------------------------------------------------------------

```
FROM       TO       COMPANY      : TRANSPORT AMERICA
06/04/2018 03/07/2019 POSITION    : COMPANY DRIVER
                      REASON FOR LEAVING : DISCHARGED (OR COMPANY TERMINATED
                                           LEASE)
                      VOL / INVOL  : INVOLUNTARY
```

================================================================
ACCIDENT/INCIDENT DETAIL : 3 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
----------------------------------------------------------------
ACCIDENT/INCIDENT # 1
OCCURRED    LOCATION
08/13/2018 DALLAS TX, US

```
                                        INJURIES  : 0
                                        FATALITIES : 0
                                        HAZMAT RELEASE : NO
                                        DOT REPORTABLE : NO
DESCRIPTION :                           PREVENTABLE    : YES
STRUCK FIXED OBJECT
```

----------------------------------------------------------------
ACCIDENT/INCIDENT # 2
OCCURRED    LOCATION
08/21/2018 GARLAND TX, US

```
                                        INJURIES  : 0
                                        FATALITIES : 0
                                        HAZMAT RELEASE : NO
                                        DOT REPORTABLE : NO
DESCRIPTION :                           PREVENTABLE    : YES
BACKING
```

----------------------------------------------------------------
ACCIDENT/INCIDENT # 3
OCCURRED    LOCATION
03/01/2019 GRAPEVINE TX, US

```
                                        INJURIES  : 0
                                        FATALITIES : 0
                                        HAZMAT RELEASE : NO
                                        DOT REPORTABLE : NO
DESCRIPTION :                           PREVENTABLE    : YES
UNIT SEP/HI HOOK/DROP TRL
```
----------------------------------------------------------------

================================================================
CARRIER INFORMATION:                    USDOT# :
SCHNEIDER ENTITIES
PO BOX 2545                             PHONE  :
GREEN BAY WI 54306


CARRIER TYPE            RECORD AVAILABILITY
----------------------- ----------------------------------------
                        LAST CARRIER UPDATE : 08/24/2021
                        DRIVER RECORDS SINCE: 01/01/2003
                        ACCIDENT/INCIDENT AVAILABLE : YES
                        DRUG/ALC AVAIL      : N/A - AGE OVER 3 YEARS
 ADDITIONAL NOTES:
TO OBTAIN DRUG AND ALCOHOL HISTORIES, FAX A SIGNED DRIVER RELEASE TO
215-396-5612 ATTENTION: SCHNEIDER SUPPORT. FOR DRUG/ALCOHOL HISTORY DISPUTES,
CALL 888-676-7616.


================================================================
DRIVER INFORMATION:
NAME    : DIXON, BARBARA J               SSN :   XXX-XX-2587
PHONE                                    DOB :   XXXXXXXXXX
```

```
MV LIC 1: TX-40948880
ADDRESS : 76112
   EQUIP TYPE    : VAN
   LOADS HAULED : GEN COMMODITY
   DRIVER EXP    : OVER THE ROAD

---------------------------------------------------------------------
WORK DETAIL
---------------------------------------------------------------------
FROM        TO          COMPANY              : SCHNEIDER NATIONAL CARRIERS
06/20/2016 07/13/2016   POSITION             : STUDENT TRAINEE
                        REASON FOR LEAVING   : EMPLOYMENT ENDED/LEASE TERMINATED
                        VOL / INVOL          : NOT PROVIDED
                        ELIGIBLE FOR REHIRE: REVIEW
---------------------------------------------------------------------
HISTORY
---------------------------------------------------------------------
DATE         DESCRIPTION
07/13/2016   QUIT DURING TRAINING


=====================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.


=====================================================================
CARRIER INFORMATION:                         USDOT# :80806
J B HUNT TRANSPORT INC
 AKA : JB HUNT
 AKA : JBHUNT
615 J B HUNT CORPORATE DRIVE                 PHONE  :479-820-0000
LOWELL AR 72745


CARRIER TYPE            RECORD AVAILABILITY
----------------------- ---------------------------------------------
                        LAST CARRIER UPDATE : 08/24/2021
                        DRIVER RECORDS SINCE: 01/01/2009
                        ACCIDENT/INCIDENT AVAILABLE : YES
                        DRUG/ALC AVAIL       : N/A - AGE OVER 3 YEARS
  ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.



=====================================================================
DRIVER INFORMATION:
NAME    : DIXON, BARBARA JEAN                 SSN :   XXX-XX-2587
PHONE                                         DOB :   XXXXXXXXXX
MV LIC 1: TX-40948880
ADDRESS : 5536 E ROSEDALE ST   FORT WORTH TX 76112

   EQUIP TYPE    : VAN
   LOADS HAULED : GEN COMMODITY
   DRIVER EXP    : OVER THE ROAD, REGIONAL, LOCAL

---------------------------------------------------------------------
WORK DETAIL
---------------------------------------------------------------------
FROM        TO          COMPANY              : JB HUNT
04/11/2016 05/25/2016   POSITION             : COMPANY DRIVER
                        REASON FOR LEAVING   : RESIGNED/QUIT (OR DRIVER TERMINATED
                                               LEASE)
```

```
                         VOL / INVOL        : NOT PROVIDED
                         ELIGIBLE FOR REHIRE: REVIEW
```

```
FROM       TO        COMPANY            : JB HUNT
07/11/2016 11/12/2017 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : DISCHARGED (OR COMPANY TERMINATED
                                           LEASE)
                      VOL / INVOL        : NOT PROVIDED
                      ELIGIBLE FOR REHIRE: REVIEW
-------------------------------------------------------------------------------
FROM       TO        COMPANY            : JB HUNT
01/03/2018 02/01/2018 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : RESIGNED/QUIT (OR DRIVER TERMINATED
                                           LEASE)
                      VOL / INVOL        : NOT PROVIDED
                      ELIGIBLE FOR REHIRE: REVIEW
-------------------------------------------------------------------------------
FROM       TO        COMPANY            : JB HUNT
04/03/2018 06/01/2018 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : RESIGNED/QUIT (OR DRIVER TERMINATED
                                           LEASE)
                      VOL / INVOL        : NOT PROVIDED
                      ELIGIBLE FOR REHIRE: REVIEW
```

```
===============================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
```

```
===============================================================================
CARRIER INFORMATION:                          USDOT# :
CRST INTERNATIONAL
                                              PHONE  :
```

```
CARRIER TYPE              RECORD AVAILABILITY
------------------------  -----------------------------------------------------
                          LAST CARRIER UPDATE : 08/24/2021
                          DRIVER RECORDS SINCE: 01/01/2008
                          ACCIDENT/INCIDENT AVAILABLE : YES
                          DRUG/ALC AVAIL      : N/A - AGE OVER 3 YEARS
 ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.
```

```
===============================================================================
DRIVER INFORMATION:
NAME    : DIXON, B                          SSN :   XXX-XX-2587
PHONE                                       DOB :   NOT PROVIDED
MV LIC 1: CA-048422770
ADDRESS : NO ADDRESS ON FILE

  EQUIP TYPE   : VAN
  LOADS HAULED : GEN COMMODITY
  DRIVER EXP   : OVER THE ROAD

-------------------------------------------------------------------------------
WORK DETAIL
-------------------------------------------------------------------------------
FROM       TO        COMPANY            : CRST EXPEDITED, INC.
10/24/2006 08/13/2009 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : NOT PROVIDED
```

```
================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.


================================================================
CARRIER INFORMATION:                          USDOT# :28406
C. R. ENGLAND INC.
 AKA : C R ENGLAND
 AKA : CR ENGLAND INC
PO BOX 27728                                  PHONE  :801-972-2712
SALT LAKE CITY UT 84127-0728


CARRIER TYPE          RECORD AVAILABILITY
----------------------- ----------------------------------------------------
 EQ-TREFER            LAST CARRIER UPDATE : 08/24/2021
 LD-EMPTY             DRIVER RECORDS SINCE: 01/01/1987
 LD-REFER             ACCIDENT/INCIDENT AVAILABLE : YES
 DE-OVRRD             DRUG/ALC AVAIL      : N/A - AGE OVER 3 YEARS
 ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.




================================================================
DRIVER INFORMATION:
NAME    : DIXON, BARBARA                       SSN :   XXX-XX-2587
PHONE     562-212-8700                         DOB :   06/01/1956
MV LIC 1: CA-C4052585
ADDRESS : 1122 STANLEY  LONG BEACH CA 90804

  EQUIP TYPE   : REFRIGERATED
  LOADS HAULED : REFRIGERATED, EMPTY TRAILER
  DRIVER EXP   : OVER THE ROAD

----------------------------------------------------------------
WORK DETAIL
----------------------------------------------------------------
FROM        TO          COMPANY         : CR ENGLAND
08/17/2006 10/24/2006  POSITION         : COMPANY DRIVER
                       REASON FOR LEAVING : SAFETY
                       VOL / INVOL      : INVOLUNTARY
                       ELIGIBLE FOR REHIRE: NO


================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
```

## PRE- EMPLOYMENT RECORD

**Description: Driver IQ PRE - Schneider Entities**
 Summary: Complete(As of: 08/24/2021)

```
================================================================
CARRIER INFORMATION:                        USDOT# :
SCHNEIDER ENTITIES
PO BOX 2545                                 PHONE  :
GREEN BAY WI 54306


CARRIER TYPE            RECORD AVAILABILITY
-----------------------  ---------------------------------------
                        LAST CARRIER UPDATE : 08/24/2021
                        DRIVER RECORDS SINCE: 01/01/2003
                        ACCIDENT/INCIDENT AVAILABLE : YES
                        DRUG/ALC AVAIL      : N/A - AGE OVER 3 YEARS
 ADDITIONAL NOTES:
TO OBTAIN DRUG AND ALCOHOL HISTORIES, FAX A SIGNED DRIVER RELEASE TO
215-396-5612 ATTENTION: SCHNEIDER SUPPORT. FOR DRUG/ALCOHOL HISTORY DISPUTES,
CALL 888-676-7616.




================================================================
DRIVER INFORMATION:
NAME    : DIXON, BARBARA J                  SSN :   XXX-XX-2587
PHONE                                       DOB :   XXXXXXXXXX
MV LIC 1: TX-40948880
ADDRESS : 76112

  EQUIP TYPE   : VAN
  LOADS HAULED : GEN COMMODITY
  DRIVER EXP   : OVER THE ROAD


--------------------------------------------------------------------
WORK DETAIL
--------------------------------------------------------------------
FROM       TO        COMPANY           : SCHNEIDER NATIONAL CARRIERS
06/20/2016 07/13/2016 POSITION          : STUDENT TRAINEE
                     REASON FOR LEAVING : EMPLOYMENT ENDED/LEASE TERMINATED
                     VOL / INVOL        : NOT PROVIDED
                     ELIGIBLE FOR REHIRE: REVIEW
--------------------------------------------------------------------
HISTORY
--------------------------------------------------------------------
DATE         DESCRIPTION
07/13/2016  QUIT DURING TRAINING


================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
```

```
CARRIER INFORMATION:                          USDOT# :80806
J B HUNT TRANSPORT INC
 AKA : JB HUNT
 AKA : JBHUNT
615 J B HUNT CORPORATE DRIVE                  PHONE  :479-820-0000
LOWELL AR 72745


CARRIER TYPE              RECORD AVAILABILITY
-----------------------   --------------------------------------------------
                          LAST CARRIER UPDATE : 08/24/2021
                          DRIVER RECORDS SINCE: 01/01/2009
                          ACCIDENT/INCIDENT AVAILABLE : YES
                          DRUG/ALC AVAIL      : N/A - AGE OVER 3 YEARS
 ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.




=================================================================================
DRIVER INFORMATION:
NAME   : DIXON, BARBARA JEAN                    SSN :   XXX-XX-2587
PHONE                                           DOB :   XXXXXXXXXX
MV LIC 1: TX-40948880
ADDRESS : 5536 E ROSEDALE ST  FORT WORTH TX 76112

  EQUIP TYPE   : VAN
  LOADS HAULED : GEN COMMODITY
  DRIVER EXP   : OVER THE ROAD, REGIONAL, LOCAL


---------------------------------------------------------------------------------
WORK DETAIL
---------------------------------------------------------------------------------
FROM       TO         COMPANY           : JB HUNT
04/11/2016 05/25/2016 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : RESIGNED/QUIT (OR DRIVER TERMINATED
                                           LEASE)
                      VOL / INVOL       : NOT PROVIDED
                      ELIGIBLE FOR REHIRE: REVIEW
---------------------------------------------------------------------------------
FROM       TO         COMPANY           : JB HUNT
07/11/2016 11/12/2017 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : DISCHARGED (OR COMPANY TERMINATED
                                           LEASE)
                      VOL / INVOL       : NOT PROVIDED
                      ELIGIBLE FOR REHIRE: REVIEW
---------------------------------------------------------------------------------
FROM       TO         COMPANY           : JB HUNT
01/03/2018 02/01/2018 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : RESIGNED/QUIT (OR DRIVER TERMINATED
                                           LEASE)
                      VOL / INVOL       : NOT PROVIDED
                      ELIGIBLE FOR REHIRE: REVIEW
---------------------------------------------------------------------------------
FROM       TO         COMPANY           : JB HUNT
04/03/2018 06/01/2018 POSITION          : COMPANY DRIVER
                      REASON FOR LEAVING : RESIGNED/QUIT (OR DRIVER TERMINATED
                                           LEASE)
```

Printed: 08/24/2021 02:47:57 PM
DISP75

WWW.DRIVERIQ.COM
**CONFIDENTIAL**

Dixon, Barbara J
Case No.: 22310342 Page 10

```
OCCURRED    LOCATION
08/21/2018 GARLAND TX, US
                                        INJURIES   : 0
                                        FATALITIES : 0
                                        HAZMAT RELEASE : NO
                                        DOT REPORTABLE : NO
DESCRIPTION :                           PREVENTABLE    : YES
BACKING

-------------------------------------------------------------------------------
ACCIDENT/INCIDENT # 3
OCCURRED    LOCATION
03/01/2019 GRAPEVINE TX, US
                                        INJURIES   : 0
                                        FATALITIES : 0
                                        HAZMAT RELEASE : NO
                                        DOT REPORTABLE : NO
DESCRIPTION :                           PREVENTABLE    : YES
UNIT SEP/HI HOOK/DROP TRL
-------------------------------------------------------------------------------
```

*8-24-21*

*HIRE RIGHT*

```
==================================================================
CARRIER INFORMATION:                         USDOT# :
STAR TRANSPORTATION INC
1116 POLK AVE                                PHONE   :
NASHVILLE TN 37224


CARRIER TYPE                 RECORD AVAILABILITY
------------------------     -------------------------------------------------
                             LAST CARRIER UPDATE : 08/24/2021
                             DRIVER RECORDS SINCE:   /  /
                             ACCIDENT/INCIDENT AVAILABLE : YES
                             DRUG/ALC AVAIL      : YES - DRIVERIQ
                                 DOT DRUG AND ALCOHOL HISTORY IS AVAILABLE
                                 ON DRIVERIQ'S WEBSITE.
                                 HTTPS://ADMIN.DRIVERIQ.COM/
                                 A USERNAME AND PASSWORD IS REQUIRED TO COMPLETE
                                 THIS REQUEST.

==================================================================
DRIVER INFORMATION:
NAME   : DIXON, BARBARA                       SSN :   XXX-XX-2587
PHONE                                         DOB :   XXXXXXXXXX
MV LIC 1: TN-40948880
ADDRESS : 76112

  EQUIP TYPE   : VAN, TRACTOR TRAILER (NON-SPECIFIC)
  LOADS HAULED : NOT PROVIDED
  DRIVER EXP   : OVER THE ROAD


------------------------------------------------------------------
WORK DETAIL
------------------------------------------------------------------
FROM       TO         COMPANY          : STAR TRANSPORTATION INC
04/23/2020 06/19/2020 POSITION         : OTR
                      REASON FOR LEAVING : NOT PROVIDED
                      VOL / INVOL      : VOLUNTARY
                      ELIGIBLE FOR REHIRE: YES


==================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
==================================================================
```

*** END OF REPORT ***

Case 1:21-cv-00043 Document 20    Filed 05/25/22    Page 60 of 95    PageID 386

```
==============================================================================
CARRIER INFORMATION:                    USDOT# :183949
TRANSPORT AMERICA
1715 YANKEE DOODLE RD                    PHONE  :651-686-2500
EAGAN MN 55121


CARRIER TYPE            RECORD AVAILABILITY
----------------------- ------------------------------------------------------
  EQ-VVAN               LAST CARRIER UPDATE : 08/24/2021
  EQ-TDRY               DRIVER RECORDS SINCE: 01/01/2006
  LD-GENC               ACCIDENT/INCIDENT AVAILABLE : YES
  LD-HGOOD              DRUG/ALC AVAIL       : YES - DRIVERIQ
  DE-REG                    DOT DRUG AND ALCOHOL HISTORY IS AVAILABLE
  DE-OVRRD                  ON DRIVERIQ'S WEBSITE.
  LD-GENC                   HTTPS://ADMIN.DRIVERIQ.COM/
                            A USERNAME AND PASSWORD IS REQUIRED TO COMPLETE
                            THIS REQUEST.

  ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.




==============================================================================
DRIVER INFORMATION:
NAME    : DIXON, BARBARA J                    SSN :   XXX-XX-2587
PHONE    5622128700                           DOB :   XXXXXXXXXX
MV LIC 1: TX-40948880
ADDRESS : 1 FT WORTH TX

  EQUIP TYPE   : VAN, DRY BOX
  LOADS HAULED : GEN COMMODITY, HOUSEHOLD GOODS
  DRIVER EXP   : REGIONAL, OVER THE ROAD


------------------------------------------------------------------------------
WORK DETAIL
------------------------------------------------------------------------------
FROM       TO          COMPANY       : TRANSPORT AMERICA
06/04/2018 03/07/2019  POSITION      : COMPANY DRIVER
                       REASON FOR LEAVING : DISCHARGED (OR COMPANY TERMINATED
                                            LEASE)
                       VOL / INVOL   : INVOLUNTARY


==============================================================================
ACCIDENT/INCIDENT DETAIL : 3 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
------------------------------------------------------------------------------
ACCIDENT/INCIDENT # 1
OCCURRED   LOCATION
08/13/2018 DALLAS TX, US
                                            INJURIES  : 0
                                            FATALITIES : 0
                                            HAZMAT RELEASE : NO
                                            DOT REPORTABLE : NO
DESCRIPTION :                               PREVENTABLE    : YES
STRUCK FIXED OBJECT


------------------------------------------------------------------------------
ACCIDENT/INCIDENT # 2
```

```
===================================================================
CARRIER INFORMATION:                    USDOT# :28406
C. R. ENGLAND INC.
 AKA : C R ENGLAND
 AKA : CR ENGLAND INC
PO BOX 27728                            PHONE  :801-972-2712
SALT LAKE CITY UT 84127-0728


CARRIER TYPE           RECORD AVAILABILITY
----------------------  ----------------------------------------------
 EQ-TREFER             LAST CARRIER UPDATE : 08/24/2021
 LD-EMPTY              DRIVER RECORDS SINCE: 01/01/1987
 LD-REFER              ACCIDENT/INCIDENT AVAILABLE : YES
 DE-OVRRD              DRUG/ALC AVAIL      : N/A - AGE OVER 3 YEARS
 ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.



===================================================================
DRIVER INFORMATION:
NAME   : DIXON, BARBARA                  SSN :   XXX-XX-2587
PHONE    562-212-8700                    DOB :   06/01/1956
MV LIC 1: CA-C4052585
ADDRESS : 1122 STANLEY  LONG BEACH CA 90804

  EQUIP TYPE   : REFRIGERATED
  LOADS HAULED : REFRIGERATED, EMPTY TRAILER
  DRIVER EXP   : OVER THE ROAD

--------------------------------------------------------------------
WORK DETAIL
--------------------------------------------------------------------
FROM       TO         COMPANY          : CR ENGLAND
08/17/2006 10/24/2006 POSITION         : COMPANY DRIVER
                      REASON FOR LEAVING : SAFETY
                      VOL / INVOL      : INVOLUNTARY
                      ELIGIBLE FOR REHIRE: NO


===================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
```

```
CARRIER INFORMATION:                      USDOT# :
CRST INTERNATIONAL
                                          PHONE  :


CARRIER TYPE              RECORD AVAILABILITY
------------------------  ----------------------------------------------------
                          LAST CARRIER UPDATE : 08/24/2021
                          DRIVER RECORDS SINCE: 01/01/2008
                          ACCIDENT/INCIDENT AVAILABLE : YES
                          DRUG/ALC AVAIL      : N/A - AGE OVER 3 YEARS
  ADDITIONAL NOTES:

IF THE DRIVER EMPLOYMENT PERIOD ENDED PRIOR TO 1/6/2020, DOT D/A IS AVAILABLE
THROUGH DRIVER IQ. IF THE DRIVER EMPLOYMENT START DATE IS ON/AFTER 1/6/2020, THE
DOT D/A HISTORY MUST BE OBTAINED VIA THE FMCSA CLEARINGHOUSE. IT COULD BE
NECESSARY TO ACCESS DETAILS USING BOTH SYSTEMS.



===============================================================================
DRIVER INFORMATION:
NAME    : DIXON, B                          SSN :    XXX-XX-2587
PHONE                                       DOB :    NOT PROVIDED
MV LIC 1: CA-048422770
ADDRESS : NO ADDRESS ON FILE

  EQUIP TYPE   : VAN
  LOADS HAULED : GEN COMMODITY
  DRIVER EXP   : OVER THE ROAD

-------------------------------------------------------------------------------
WORK DETAIL
-------------------------------------------------------------------------------
FROM       TO         COMPANY            : CRST EXPEDITED, INC.
10/24/2006 08/13/2009 POSITION           : COMPANY DRIVER
                      REASON FOR LEAVING : NOT PROVIDED
                      VOL / INVOL        : NOT PROVIDED
                      ELIGIBLE FOR REHIRE: REVIEW


===============================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.
```

================================================================================
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.

☰    Gmail       🔍   hireright

## Fwd: rbinkley@hireright.com

**Barbara Dixon** <bdixon444@gmail.com>
to rbinkley

———— Forwarded message ————
From: **Customer Service** <customerservice@hireright.com>
Date: Tue, Jun 16, 2020, 1:31 PM
Subject: rbinkley@hireright.com
To: bdixon444@gmail.com <bdixon444@gmail.com>


rbinkley@hireright.com





Thank you,
Rebecca Binkley
Service Improvement Analysts / Customer Service
615-577-2453

HireRight Inc.
For your convenience, you can connect to us via:
Email: customerservice@hireright.com

Live Chat: Choose the Chat option upon logging into your account.

Phone: For a complete list of Contact Support Numbers, please visit us at http://www.hireright.com/Cont

Intelligence to move forward.
www.hireright.com

██████████████████

Case 3:22-cv-00325-L    Document 20    Filed 05/25/22    Page 65 of 95    PageID 391

 Gmail                                  **Barbara Dixon <bdixon444@gmail.com>**

## Fwd: 21503280,TS-040919-VJ2EX,Barbara J. Dixon

3 messages

---

**Barbara Dixon <bdixon444@gmail.com>**               Wed, Apr 10, 2019 at 11:46 AM
Draft

---------- Forwarded message ---------
From: **Consumer Compliance** <consumers@hireright.com>
Date: Wed, Apr 10, 2019, 10:56 AM
Subject: 21503280,TS-040919-VJ2EX,Barbara J. Dixon
To: bdixon444@gmail.com <bdixon444@gmail.com>

Hello Barbara,

My name is Sharron. I am working on your dispute with Transport Corporation of America. I need some more information Can you provide the following:

Accident/Incident 08/13/2018-Struck Stationary Object-this is the one that is about the gate arm. Are you disputing this? I

Accident/Incident-08/21/2018-Are you disputing this? It just says backing with no other details. Is this the one where the fork lift driver did not have the correct light on?

I have enough information for the Dropped Trailer accident/incident dated 03/01/2019.

Please call 800-381-0645 or just reply to this email; which ever is most convenient for you.

Thank you,

Consumer Compliance

ref:_00D30MKh._5000e1YOx2L:ref

<b>Unsubscribe<b/>

Subscribe: http://hireright.force.com/marketing/apex/tdc_tua__EmailOptInPage?Id={!Lead.Id}

---

**Barbara Dixon <bdixon444@gmail.com>**               Wed, Apr 10, 2019 at 11:47 AM
To: Consumer Compliance <consumers@hireright.com>

I'm disputing the backing and the drop trailer I don't have any more information on that other than what I told y'all about we may have to get it from them and hopefully they give you the right information
[Quoted text hidden]

---

Case 3:22-cv-00325-L     Document 20     Filed 05/25/22     Page 66 of 95     PageID 392

————— Forwarded message ————
From: Richard Paulos <Richard.Paulos@transportamerica.com>
Date: Tue, Apr 9, 2019 at 8:11 AM
Subject: Three accidents.
To: Bdixon444@gmail.com <Bdixon444@gmail.com>


08/13/2018 DIXBA       STRUCK FIXED OBJECT, YARD, VH1 HIT GATE ARM, NONE


08/21/2018 DIXBA                  BACKING, DOCK AREA, NONE


03/01/2019 DIXBA            HIGH HOOK, CUSTOMER LOT, TRACTOR STRUCK TRAILER, HOLE IN TRAILER,
TRACTOR FAIRING BENT




++++++++++++++++++++++++++++++++++
—— Email Header ——
SUBJECT: Fwd:
FROM: bdixon444@gmail.com
TO: "customerservice@hireright.com" <customerservice@hireright.com>
RECEIVED: Sat Jun 01 04:54:04 PDT 2019
REFERENCE ID: 10141-96158-27866-92866-51384;
—— Email Header ——


————— Forwarded message ————
From: Barbara Dixon <bdixon444@gmail.com>
Date: Sat, Jun 1, 2019 at 6:48 AM
Subject: Fwd:
To: Kristy Pavek <kristy.pavek@transportamerica.com>


i just want the truth on my dac report  where is your integrity to speak  what right

————— Forwarded message ————
From: Barbara Dixon <bdixon444@gmail.com>
Date: Sat, Jun 1, 2019 at 6:28 AM
Subject: Fwd:
To: <Richard.Paulos@transportamerica.com>


dont ignore this please take attention  this need get to the right person right is right wrong is wrong i am trying to settle
this problem
mark had motive to send hireright  dropped trailer  because that lady and i started the same time i did . she sent a picture
to my phone saying this is mark he a child predator     and she sending it to the company sherrila know she and i talk
about it
————— Forwarded message ————can you get this to right person to make a different  they ruining my 16yrs i would
hope your integrity holds up
From: Barbara Dixon <bdixon444@gmail.com>
Date: Sat, Jun 1, 2019 at 6:03 AM
Subject:
To: Barbara Dixon <bdixon444@gmail.com>

Thank you,

**Barbara Dixon** 3bdixon4401@gmail.comDocument 20      Filed 05/25/22      Page 67 of 95ed, Apr 10, 2019 at 31:54 AM
To: Consumer Compliance <consumers@hireright.com>

I take responsibility for the gate arm and the shooting over the pin bending fender I would like the gate arm off they were
having  problems with  that gate in 8mos it was being fix 4 times
[Quoted text hidden]

 **Gmail**

## Fwd: Case 21968163 has been created

3 messages

---

**Barbara Dixon** <bdixon444@gmail.com>                                        Mon, Jun 3, 2019 at 1:37 PM
To: Customer Service <customerservice@hireright.com>

I DID NOT DROP A TRAILER   I DID A HIGHHOOK BENT FIN ON TRUCK

---------- Forwarded message ----------
From: **Customer Service** <customerservice@hireright.com>
Date: Mon, Jun 3, 2019 at 10:37 AM
Subject: Case 21968163 has been created
To: Barbara Dixon <bdixon444@gmail.com>


Dear Valued Customer.

Thank you for contacting Customer Service and Support. Case Number 21968163 has been created in response to your email
regarding subject: Fwd: Three accidents., received on 06/03/2019.

Best regards, HireRight
Customerservice

---

**Barbara Dixon** <bdixon444@gmail.com>                                        Mon, Jun 3, 2019 at 1:38 PM
To: Customer Service <customerservice@hireright.com>

THIS IS MY REBUTTAL
[Quoted text hidden]

---

**Barbara Dixon** <bdixon444@gmail.com>                                        Mon, Jun 3, 2019 at 1:39 PM
To: Customer Service <customerservice@hireright.com>

MY REBUTTAL-I DID NOT DROP A TRAILER -I DID A HIGHHOOK BENT FIN ON THE TRUCK
[Quoted text hidden]

**M** Gmail                    .                                        Barbara Dixon <bdixon444@gmail.com>

## Fwd: 21962168,TS-040919-VJ2EX,Barbara J Dixon

4 messages

---

**Barbara Dixon** <bdixon444@gmail.com>                                        Mon, Jun 3, 2019 at 10:00 PM
To: cindy.mcclaine@transportamerica.com

---------- Forwarded message ----------
From: **Marnette Remigio** <customerservice@hireright.com>
Date: Mon, Jun 3, 2019, 4:18 PM
Subject: 21962168,TS-040919-VJ2EX,Barbara J Dixon
To: bdixon444@gmail.com <bdixon444@gmail.com>


Hello Barbara,

Thank you for contacting HireRight and for letting us knwo about this matter. Please be informed that in order for us to addressed your concern properly, kindly specify the information of which is not correct  in order for us to provide further solution by disputing it. Your time and assistance are greatly appreciated.

If you have any questions or need my assistance, please feel free to reply to this email.  If you prefer calling, please call +1 866-521-6995 option 1 and reference your case number of 21962168 to the Customer Service Representative.

Thank you and have a great day!

Marnette
HireRight Customer Service

---- Email Header ----
SUBJECT: Fwd: Three accidents.
FROM: bdixon444@gmail.com
TO: "customerservice@hireright.com" <customerservice@hireright.com>
RECEIVED: Mon Jun 03 08:36:18 PDT 2019
REFERENCE ID: 80484-96158-27866-20611-0;
---- Email Header ----


i am asking transport america and hireright  please put the truth on that report you got paper showing they lied  please reply

---------- Forwarded message ----------
From: Barbara Dixon <bdixon444@gmail.com>
Date: Mon, Jun 3, 2019 at 10:28 AM
Subject: Fwd: Three accidents.
To: <cindy.mcclain@transportamerica.com>


they lied on my dac report dropped trailer not same as highhook  i want the truth on my report  there was motive for that lie the lady that started with me after we met mark ted miller she sent a picture to my phone and said this is mark he a child predator and that she sending to company why she started that drama day one after our first meeting  sherrila and i talked about it she said she would not if that lady sent mark picture to the company.. i know i felt doom here day one because of  drama she started i dont understand how transport america dont see the lie on my report so money power wins over integrity  please dont disregard the truth Hireright is just as guilty as you i sent the proof but they let transport america lower there integrity i need both company to jump your ass in my shoes 16yrs driver never got a ticket on my C D L  i take pride in skills safety rules and to see that lie on my report i am devastate  this want go away truth be know how transport america money power rules not to  day the truth will prevail . you cant hide i will take every measure for truth of how you get away with lying on driver dac report  PLEASE CHANGE REPORT WITH THE TRUTH  AND END THIS MATTER?   DONT FEEL LIKE WHO SHE  I AM SOMEBODY RECOGNIZE ME AS HUMAN BEING FIRST LETS DISCUSS THIS MATTER AND THE TRUTH BE TOLD 562]212-8700

**HIRE RIGHT**

June 17, 2020

Barbara J Dixon   02203747
5536 E Rosedale
Fortworth, TX 76112

Dear Barbara J Dixon,

Thank you for your recent correspondence with HireRight.  On 06/16/2020 you filed a dispute with HireRight for Accident/Incidents dated 08/21/2018 and 03/01/2019 being reported by Transport Corporation of America (1715 Yankee Doodle Rd Eagan, MN 55121 651-686-2500) stating that they reported that you had dropped a trailer and that is incorrect. You stated that this was not an accident, DOT Violation and it was an incident that happened at the yard.

HireRight has reviewed your dispute and determined that this record has previously been disputed on Case 21503280 and you were notified of the outcome of that dispute on 05/09/2019.  As noted in our previous letter regarding the outcome of your dispute, you have the right to add a rebuttal statement to your dispute if you are not satisfied with the results of the reinvestigation.

Accident/Incident-08/21/2018-You stated that you hooked your bumper and you could not pull away. You stated that this should not be reporting. Transport Corporation responded and verified that the Accident/Incident is reporting correctly. According to the information in their files, they verified that you failed to maintain the space due to not using the GOAL (Get Out And Look) 360 properly. They state you did get out 2 times. They state that you were mailed an accident determination and were given the opportunity to dispute the determination but you did not. They also state that you signed a commitment letter regarding the accident. The also state there was no damage done to the trailer nor dolly stand. They state that this was deemed preventable. Therefore, no changes were made to the disputed item.

Accident/Incident-03/01/2019-You stated that you did not drop a trailer. You stated that this was a high hook and the trailer bent the fins on the back. You stated you pulled away from the dock on a green light. You stated that the forklift driver could have gotten hurt because she did not have her red light on or you would have been able to pull away. Transport Corporation responded and advised HireRight to remove Dropped Trailer and add MISC. Therefore, HireRight made the requested change and your report was updated accordingly.

Based on the above information, we are closing your dispute request.  We are enclosing a current copy of your DAC Employment History report as well as a copy of A Summary of Your Rights Under the Fair Credit Reporting Act for your reference.  If you have any further information or if you have additional questions, please contact us at 866.521.6995 or via email to customerservice@hireright.com.

Sincerely,

Applicant Care Team

Enclosure



June 14, 2019

Barbara J. Dixon  21503280
5536 East Rosedale Street
Fort Worth, TX 76112

Dear Barbara J. Dixon:

This letter is in reference to information that you disputed on 04/09/2019 regarding your HireRight report.

HireRight has completed its investigation.  A copy of your report is enclosed along with a copy of A Summary of Your Rights Under the Fair Credit Reporting Act.

- You submitted a dispute request regarding the Accident/Incident dated 03/01/2019 reported by Transport Corporation of America (1715 Yankee Doodle Rd Eagan, MN 55121 651-686-2500). HireRight contacted Transport Corporation and requested they review the information in their files and verify the accuracy of the information you disputed.

  Accident/Incident-03/01/2019-You stated that you did not drop a trailer. You stated that this was a high hook and the trailer bent the fins on the back. You stated you pulled away from the dock on a green light. You stated that the forklift driver could have gotten hurt because she did not have her red light on or you would have been able to pull away. Transport Corporation responded and advised HireRight to remove Dropped Trailer and add MISC. Therefore, HireRight has made the requested change and your report has been updated accordingly.

Based on the above information, we are closing your dispute request. If requested, HireRight will provide you with a description of the procedures used in the investigation along with the name, address and telephone number (if reasonably available) of anyone we contacted for information related to this dispute investigation.

Please be informed that if you believe that the results of this investigation did not satisfactorily resolve your dispute, you may add a statement of not more than 100 words to your report.  In the event that the disputed information is related to your credit report, HireRight will forward your statement to the applicable credit bureau for them to include with your credit report.

If this investigation resulted in a deletion of information from your background report or if you have requested to add a statement to your background report concerning this dispute, you can request that HireRight send notification of the deleted information or statement provided to any person/entity designated by you that has received a consumer report on you within the last two years for employment purposes, or within the last six months for any other purpose.  In the event that the deleted information or dispute statement is related to your credit report, HireRight will forward this information to the applicable credit bureau for them to provide such notice as described above. In addition, HireRight has notified any companies that requested a report on you in the last 30 days that contained the disputed information about the completion of the reinvestigation.

Number of DOT Recordable accidents less than 7 years old: 0

Number of Non DOT Recordable accidents/incidents less than 7 years old: 3

### Accident/Incident #1

| | |
|---|---|
| Date: | 08/13/2018 |
| DOT Recordable: | No |
| City, State: | DALLAS, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Struck Stationary Object |

### Accident/Incident #2

| | |
|---|---|
| Date: | 08/21/2018 |
| DOT Recordable: | No |
| City, State: | Garland, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Backing |

### Accident/Incident #3

| | |
|---|---|
| Date: | 03/01/2019 |
| DOT Recordable: | No |
| City, State: | Grapevine, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Dropped Trailer |

No additional accident/incident information available

---

**Activity Log**

| Activity | Date/Time | Performed By | Recipient | Result |
|---|---|---|---|---|

HireRight Report to DAC Edition - HireRight Consumers. Subject: Complete Report.   Page 5 of 6

Case 3:22-cv-00325-L    Document 20    Filed 05/25/22    Page 73 of 95    PageID 399

Date:                        08/13/2018

DOT Recordable:              No

City, State:                 DALLAS, US-TX

Injuries:                    0

Fatalities:                  0

HAZMAT:                      No

Description:                 Struck Stationary Object


Accident/Incident #2

Date:                        03/01/2019

DOT Recordable:              No

City, State:                 GRAPEVINE, US-TX

Injuries:                    0

Fatalities:                  0

HAZMAT:                       No

Description:                 Misc.  *Change made still Ruin 16yrs*


Accident/Incident #3

Date:                        08/21/2018

DOT Recordable:              No

City, State:                 GARLAND , US-TX

Injuries:                    0

Fatalities:                  0

HAZMAT:                       No

Description:                 Backing


No additional accident/incident information available

Activity Log

| Activity | Date/Time | Performed By | Recipient | Result |
|---|---|---|---|---|
| Report Submitted | Jun 14, 2019 7:19 AM PDT | DAC Edition - HireRight Consumers | | |


[1] "Complete" indicates that this request has been processed to conclusion. Please review the report details in their entirety to evaluate any potential discrepancies or records related to this request.

All times listed in US/Pacific timezone

The Activity Log above may reflect activity for this screening report. E-mail notifications, if configured by the company that requested the report, may have been sent by or through HireRight to an authorized company-user (shown as the "Recipient"). Some adjudication history entries and related e-mail notifications, if any, indicate whether an initial determination was made regarding whether the report satisfied the company's hiring criteria (shown in the "Result" column), including any preliminary status Result of "Meets" or "Does Not Meet" company standards. Sometimes a company's final adjudication determination may change from its initial determination. Questions about the company's hiring decisions should be directed to the company.

**HIRE RIGHT**

April 11, 2019

Barbara J. Dixon   21503280
5536 East Rosedale Street
Fort Worth, TX 76112

Dear Barbara J. Dixon,

Thank you for your recent correspondence with HireRight.  On 04/09/2019, you filed a dispute with
HireRight for Accident/Incident being reported by Transport Corporation of America (1715 Yankee
Doodle Rd Eagan, MN 55121 651-686-2500) stating that you hit a gate arm as you were putting on
your seat belt.

On 04/10/2019 you notified via email to HireRight that you wished to cancel this dispute request.

Your dispute with Transport Corporation of America for Accident/incidents 08/21/2018 and 03/01/2019
are in progress in case 21503280.

Based on the above information, we are closing your dispute request.  We are enclosing a current copy
of your DAC Employment History report as well as a copy of A Summary of Your Rights Under the Fair
Credit Reporting Act for your reference.  If you have any further information or if you have additional
questions, please contact us at 866.521.6995 or via email to customerservice@hireright.com.

Sincerely,

Consumer Compliance

Enclosure

*(handwritten notations:)*
8074 8093
BETTER BUSI.
Confir 13527766
1 800 333-3748J
DAVID SHANER
210 348-0500
FMC
HIRERIGHT
800 381-0645
(5-11-19
4-11-19
210 490-2031
FAX 210490-2166
4-10-19
11

www.hireright.com

14002 East 21st Street, Suite 1200, Tulsa, OK 74134

## Accident/Incident #1

| | |
|---|---|
| Date: | 08/13/2018 |
| DOT Recordable: | No |
| City, State: | DALLAS, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Struck Stationary Object |

*This I own*

## Accident/Incident #2

| | |
|---|---|
| Date: | 08/21/2019 |
| DOT Recordable: | No |
| City, State: | Garland |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Backing |

## Accident/Incident #3

| | |
|---|---|
| Date: | 09/01/20 |
| DOT Recordable: | No |
| City, State: | Grapevine, US-TX |
| Injuries: | 0 |
| Fatalities: | 0 |
| HAZMAT: | No |
| Description: | Dropped Trailer |

*Why miller and that n*
*up stair done this it wr*
*I allway felt discrimen*
*look at how they tryin*
*ruin my 15yrs of safe dr*
*How does a over shoot pi*
*is a drop trailer.*
*This has cost me 3 job*

No additional accident/incident information available

Activity Log

| Activity | Date/Time | Performed By | Recipient | Result |
|---|---|---|---|---|
| | | | | |

# Standard Freight Trailer



**Front View – Trailer above
"Landing Gear" below**

**Rear View
(Note swing doors)**

- Used to carry most freight (boxed, crated, palletized, etc)
- Common lengths: 28', 32', 36', 40', 42', 43', 45', 48', 53'
- Common widths: 96" – 102"  (8'—8.5')
- Common heights: 12.5' – 13.5'
- Common axle/wheel ratios: 2 axle/8-wheel, heavy loads use 3 axle/12 wheel or 4 axle/ 16 wheel configurations



Control 04844   2587   00016

ASSOCIATED ACQUISITION COMPANY LLC
5307 HUISACHE ST
BELLAIRE TX 77401

BARBARA DIXON
5536 E. ROSEDALE
FT WORTH TX 76112

| | | |
|---|---|---|
| 1 Wages, tips, other comp. | 654.50 | 2 Federal income tax withheld | 46.66 |
| 3 Social security wages | 654.50 | 4 Social security tax withheld | 40.58 |
| 5 Medicare wages and tips | 654.50 | 6 Medicare tax withheld | 9.49 |
| 7 Social security tips | | 8 Allocated tips | |

9

10 Dependent care benefits

11 Nonqualified plans

12a
12b
12c
12d

13

14

Employee's social security no.
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

Employer ID number (EIN)
81-4348834

15 Employer's state ID number
16 State wages, tips, etc.
17 State income tax
18 Local wages, tips, etc.
19 Local income tax
20 Locality name

|  | Wages, Tips, Other Comp. | Social Security Wages | Medicare Wages and Tips |
|---|---|---|---|
|  | Box 1 of W-2 | Box 3 of W-2 | Box 5 of W-2 |
| Gross Pay | $967.43 | $967.43 | $967.43 |
| Less: Non-Taxable Earnings | ($312.93) | ($312.93) | ($312.93) |
| Less: Retirement Deductions | $0.00 | N/A | N/A |
| Less: Other Pre-tax Deductions | $0.00 | $0.00 | $0.00 |
| Less: Third Party Sick Pay | $0.00 | $0.00 | $0.00 |
| Less: Excess Wages | N/A | $0.00 | N/A |
| Total Reported Wages | $654.50 | $654.50 | $654.50 |

|  | Fed Income | Social Security | Medicare |
|---|---|---|---|
|  | Box 2 of W-2 | Box 4 of W-2 | Box 6 of W-2 |
| Tax Withheld | $46.66 | $40.58 | $9.49 |

BARBARA DIXON
5536 E. ROSEDALE
FT WORTH, TX 76112

The Form W-2 Box 1 wages are the Gross Wages as of your last pay statement for the year minus any non-taxable earnings or deductions, plus any additional compensation received after the last pay statement. Gross pay may not match Box 1 wages due to deductions for retirement deferrals, health insurance, or other Sec. 125 cafeteria plan deductions, etc.

---

1 Nonemployee compensation
$   29000.00

2 Federal income tax withheld
$

40-2729000

GERBI CARRIERS, LLC
3105 OAK BOURNE DRIVE
ARLINGTON, TX 76016

RECIPIENT'S TIN
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

Account number (see instructions)

FATCA filing requirement ☐   CORRECTED ☐
RECIPIENT'S name, street address, city, state, and ZIP code

BARBARA DIXON
5536 EAST ROSEDALE STREET
FORT WORTH, TX 76112

| 5 State tax withheld - line 1 | 6 State tax withheld - line 2 |
|---|---|
| $ | $ |
| 6 State/Payer's state no. - line 1 | 6 State/Payer's state no. - line 2 |
| 7 State income - line 1 | 7 State income - line 2 |
| $ | $ |

**Nonemployee Compensation**   **1099-NEC**
Copy 2   **2020**
OMB No. 1545-0116

To be filed with recipient's state income tax return, when required.

---

*This is WHAT HAPPEN WHEN YOU RUN ON 1099 I did NOT MAKE 29,000 They get to put WHAT WANT*

*2 jobs on 1099*

Case 4:21-cv-00025-L   Document 30   Filed 05/25/22   Page 79 of 95   PageID 405

**W-2 Wage and Tax Statement 2020**

Employer: ARNOLD TRANSPORTATION SERVICES
ARNOLD TRANSPORTATION SERVICES
3375 HIGH PRAIRIE RD
GRAND PRAIRIE, TX 75050

Wages, tips, other compensation: 2558.75
Federal income tax withheld: 1139.62
Medicare wages and tips: 2558.75
Medicare tax withheld: 266.25
Control number: ANNOVER SKY
Employer use only: 240

Employer's FED ID number: 23-1562737
Employee's name, address and ZIP code:
BARBARA J DIXON
5536 E ROSEDALE ST
FORT WORTH, TX 76112

Federal Filing Copy

---

**W-2 Wage and Tax Statement 2020**

Employer: SPECIALIZED TRANSPORT SOLUTIONS CO
128 HOLIDAY CT STE 113
FRANKLIN, TN 37067

Wages, tips, other compensation: 714.45
Federal income tax withheld: 27.65
Medicare wages and tips: 714.45
Medicare tax withheld: 10.36
Control number: 000253   RS/UFE
Employer use only: 30

Employer's FED ID number: 47-1116088
Employee's name, address and ZIP code:
BARBARA DIXON
5536 E ROSEDALE
FORT WORTH, TX 76112

14 Other: 165.39 FUCH

Federal Filing Copy

---

**Form W-2 Wage and Tax Statement 2020**

Copy C, For EMPLOYEE'S RECORDS.
(See Notice to Employee on back.)
OMB No. 1545-0008

a Employer's SSN: 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
b Employer ID no. (EIN): 62-1094613

1 Wages, tips, other compensation: 8803.62
2 Federal income tax withheld: 785.27
3 Social security wages: 8803.62
4 Social security tax withheld: 545.82
5 Medicare wages and tips: 8803.62
6 Medicare tax withheld: 127.65

c Employer's name, address and ZIP code:
STAR TRANSPORTATION
1234 BRIDGESTONE PARKWAY
LAVERGNE, TN 37086
(800) 721-5202

e Employee's first name and initial   Last name   Suff.
BARBARA DIXON
5536 E ROSEDALE
FORT WORTH, TX 76112

15 State: TX
16 State wages, tips, etc.: 8803.62

| Copy B—To Be Filed With Employee's FEDERAL Tax Return. | | | OMB No. 1545-0008 |
|---|---|---|---|
| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 17497.38 | 2 Fed. income tax withheld 1810.68 | |
| | 3 Social security wages 18136.64 | 4 Soc. sec. tax withheld 1124.47 | |
| b Employer ID number (EIN) 58-1081267 | 5 Medicare wages and tips 18136.64 | 6 Medicare tax withheld 262.98 | |

c Employer's name, address, and ZIP code
J.B. Hunt Transport, Inc.
615 J B Hunt Corporate Drive
Lowell, AR 72745

d Control number
Y

e Employee's name, address, and ZIP code
Barbara Dixon
5536 E Rosedale ST
FORT WORTH, TX 76112

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 D 639.26 |
| 13 Statutory employee  Retirement plan X  Third-party sick pay | 14 Other Pretax In 2533.93 | 12b Code DD 5020.00 |
| | | 12c Code |
| | | 12d Code |

| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement    2017    Dept. of the Treasury — IRS
This information is being furnished to the Internal Revenue Service.

7 BW24UP    NTF 2501320

| Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return | | | OMB No. 1545-0008 |
|---|---|---|---|
| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 17497.38 | 2 Fed. income tax withheld 1810.68 | |
| | 3 Social security wages 18136.64 | 4 Soc. sec. tax withheld 1124.47 | |
| b Employer ID number (EIN) 58-1081267 | 5 Medicare wages and tips 18136.64 | 6 Medicare tax withheld 262.98 | |

c Employer's name, address, and ZIP code
J.B. Hunt Transport, Inc.
615 J B Hunt Corporate Drive
Lowell, AR 72745

d Control number
Y

e Employee's name, address, and ZIP code
Barbara Dixon
5536 E Rosedale ST
FORT WORTH, TX 76112

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code D 639.26 |
| 13 Statutory employee  Retirement plan X  Third-party sick pay | 14 Other Pretax In 2533.93 | 12b Code DD 5020.00 |
| | | 12c Code |
| | | 12d Code |

| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement    2017    Dept. of the Treasury — IRS

Copyright 2017 Greatland/Nelco

Barbara Dixon <bdixon444@gmail.com>

## Congratulations! Your loan has been approved

1 message

Avant Support <support@avant.mailgun.org>
Reply-To: support@avant.com
To: bdixon444@gmail.com

Fri, Feb 28, 2020 at 4:12 AM

**AVANT**

# Congratulations! Your loan has been approved.

Dear Barbara,

Your loan has been approved and you will receive the amount financed directly into your bank account ending in 5878 in as soon as one business day.*

- **Principal Amount:** $5,400
- **Amount Financed:** $5,143.50
- **Funding Date:** Mar 02, 2020

Thank you for using Avant for your personal finance needs!

Here when you need us,

The Avant Team

1-800-712-5407

support@avant.com

*Handwritten left margin:*
I NEED a LOAN to finish what I stared I NEED 40,000 To get back IN business This COVIN-19 PLEASE HELP with my own TRUCK I can gross 185,000 To 200,000 A YEAR THESE ARE LOANS WE CAN't get

*Handwritten right margin:*
TRUCKER 18 yrs still DRIVING I Took 2 LOAN OUT And buying a TRUCK FROM JEAN THOMAS I pai him $6,000 DOWN I gett READY TO Register it UNDER a LLC I WEN TO AND WHERE I pai it WAS GONE MR. Thomas PROMISE ME 4,000 back HIS story because of COVIN-19 he Losing I Lost DUE To COVIN-1

Applicant's Name Barbara Dixon

## SUGGESTED FORMAT

## SCHEDULE OF LIABILITIES
(Notes, Mortgages and Accounts Payable)

Date of Schedule 4-21-21

| Name of Creditor | Original amount | Original date | Current balance | Current or delinquent? | Maturity date | Payment amount (Month- Year) | How Secured |
|---|---|---|---|---|---|---|---|
| Lending Club | 5,000.00 | 1-17-20 | 4,000.00 | 4,000.00 | | 2-10.00 | N |
| Lunas | 5,900.00 | 2-18-20 | 4,000.00 | 4,000.00 | | 230.00 | N |
| Dean Thomas | 45200 | 6-2019 | 6,200 AngEd Thomas | N-29 pay 6,200 Trevisas date | | 900. mo | N 4065 22800 |
| Buying Back-19 | | | | | | | |
| Self Employed | 8,400 for 2019 2020 | | | | | 800 adrs | |

Barbara Dixon
Signed

Dixon Trucking
Title

This form is provided for your convenience in responding to filing requirements in Item 2 on the application, SBA Form 5. You may use your own form if you prefer. The information contained in this schedule is a supplement to your balance sheet and should balance to the liabilities presented on that form.

SBA Form 2202 (10-15)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



## U.S. SMALL BUSINESS ADMINISTRATION

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

**Enter additional information here. Please refer to section and title.**

I MADE a mistake buying Truck From a PERSONAL
PERSON WHEN COVIN-19 HE LOSS SO I LOSS

I AM Asking for a Loan To buy a Truck
To start my busiNESS OVER I been Truckin
For 18yrs with a good RECORD 5yr CRST TRUCK
5yrs PRICE TRANfER, CA MOVED to TX J B HuNT 2yrs
otHER coMPANY 2yr 1yr 2yr ARNOLd TRANSPoRTION
1yR ANd PRESENT 2021 If I CAN buyTruck
I CAN gROSS 185,000 - 200,000 a yEAR
It sad I CAN FINd JEAN ThoMAS

 **Gmail**

Q  is:starred

**Compose**

**Inbox**          13,441

**Starred**

**Snoozed**

**Important**

**Sent**

**Drafts**          55

**Categories**

**Meet**

New meeting

Join a meeting

**Hangouts**

Barbara          +

To

Date: Fri, 13 Nov 2020 08:00:00 -0600

Subject: Alen Gerin sent you $250

https://cash.app/payments/9ykeggexw66rfxbq0zszjr0gj/receipt

Alen Gerin sent you $46.12.eml (1K)

Alen Gerin sent you $356.eml (1K)

Alen Gerin sent you $750.eml (1K)

Alen Gerin sent you $1,100.eml (1K)

Alen Gerin sent you $945.eml (1K)

Alen Gerin sent you $100.eml (1K)

Alen Gerin sent you $250.eml (1K)

e2834725-cb0e-4b92-b6b7-9435e28b0970-4.pdf (1,501K)

c41d2680-401c-4d51-aa70-9cc218c7f0f8-3.pdf (1,501K)

Sans Serif

Send

No recent chats
Start a new one

**Barbara Dixon**
——— Forwarded message ——— From: Barbara Dixon <bdixon44

**Barbara Dixon**
——— Forwarded message ——— From: Barbara Dixon <bdixon44

Today, 10:39 AM

**YOUR PAY IS NOW FIXED. IT IS GETTING U PDATED NOW. NEXT WEEKS PAY SHOULD BE C ORRECT, AND THEN WE WILL GET YOU BACK PAID. THANKS.**
**OMAR ARAGON ARAGO**
**DMGR WVC UT**
**DIRECT:** ███████████
**CELL:** ██████████
**RATE MY SERVICE IN VOICE YOUR CHOICE!**
**UT,WEST VALLEY CTY**
**REEFER DEDICATED KRAFT**

(IMPORTANT)
ANOTHER EXAMPLE- EQUALITY
REASON COULD NOT VERIFY MY
16yRS. STARTED PAY 63 MILE
DID NOT TELL ME) WHEN I STARTED
IT SHOULD bEEN 70 MILE

**Dispatch #:**          01

**Dispatch Date:**       09/24/21

**Empty Date:**          09/25/21

**Pay:**                 MILEAGE PAY

**Mileage MT:**          0

**Mileage Load:**        301

**QTY:**                 301.00

**Rate:**                0.63000

**Earnings:**            189.63

**Dispatch Date:**     12/01/21

**Empty Date:**     12/03/21

**Pay:**     MILEAGE PAY

**Mileage MT:**     0

**Mileage Load:**     697

**QTY:**     697.00

**Rate:**     0.70000

**Earnings:**     487.90

**Decatur GA | Tyler TX**

## Other Benefits & Info.:    Sick Hours

## Available: 1.00

## Account:    Checking

## Account #:    *****7608

## Transit #:    322078325

## Amount:    1,705.31

<

Today, 12:53 PM

**DEAR BARBARA DIXON, WE WOULD LIKE TO TAKE THIS OPPORTUNITY TO THANK YOU FOR YOUR COMMITMENT TO PROVIDING ON TIME SERVICE TO OUR CUSTOMERS. OUR RECORDS SHOW YOU WERE 100% ON TIME FOR PICKUPS AND DELIVERIES FOR THE MONTH OF SEPTEMBER AND YOUR COMMITMENT TO SERVICE HAS NOT GONE UNNOTICED. AGAIN, THANK YOU.**





# Inquiry History Report

**Date Range:** 06/12/2016 - 06/13/2019

| Customer | Request | Order | SSN | First | Last | Request Date | State | DL/County | Product |
|---|---|---|---|---|---|---|---|---|---|
| J B Hunt Transport Inc | 168638863 | 102120135 | ***-**-2587 | BARBARA | DIXON | 6/28/2016 11:02:40 AM | | | Transportation Employment History |

THESE ARE JOB I LOST that LIE ON DAC REPORT

# Inquiry History Report

Data Range: 8/12/2016 - 8/13/2019

| Request # | Applicant | SSN | Request Submitted | Customer | Business Street | Business City | Business State | Business Zip | Product |
|---|---|---|---|---|---|---|---|---|---|
| HE-061219-7287E | barbara dixon | ***-**-2587 | 06/12/2019 06:08:01 AM | Transport Corporation of America - Recruiting | 1715 Yankee Doodle Rd | Eagan | MN | 55121 | Period of Service Drug/Alcohol Disclosure |
| HE-061219-7287E | barbara dixon | | | | | | | | Pre-Employment Drug/Alcohol Disclosure |
| HE-061219-7287E | barbara dixon | | | | | | | | DAC Employment History File |
| HE-061219-7287E | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061219-7287E | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061219-7287E | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061219-7287E | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061219-7287E | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061119-6V6NE | barbara dixon | ***-**-2587 | 06/11/2019 08:16:17 AM | Transport Corporation of America - Recruiting | 1715 Yankee Doodle Rd | Eagan | MN | 55121 | DAC Employment History File |
| HE-061119-6V6NE | barbara dixon | | | | | | | | Pre-Employment Drug/Alcohol Disclosure |
| HE-061119-6V6NE | barbara dixon | | | | | | | | Period of Service Drug/Alcohol Disclosure |
| HE-061119-6V6NE | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061119-6V6NE | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061119-6V6NE | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061119-6V6NE | barbara dixon | | | | | | | | Transportation Employment History |
| HE-061118-6V6K9 | barbara dixon | ***-**-2587 | 06/11/2019 08:15:29 AM | Transport Corporation of America - Recruiting | 1715 Yankee Doodle Rd | Eagan | MN | 55121 | Transportation Employment History |
| HE-061118-6V6K9 | barbara dixon | | | | | | | | MVR Express |
| TS-040919-VJZEX | Barbara Dixon | ***-**-2587 | 04/09/2019 01:56:12 PM | US Transport Inc | 241 West 56th Ave | Denver | CO | 80216 | Widescreen Plus National Criminal Search |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | SSN Validation |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | Pre-Employment Drug/Alcohol Disclosure |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | Period of Service Drug/Alcohol Disclosure |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | Transportation Employment History |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | Criminal Felony & Misdemeanor |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | Transportation Employment History |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | CDLIS+ |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | Transportation Employment History |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | DAC Employment History File |
| TS-040919-VJZEX | Barbara Dixon | | | | | | | | MVR Express |
| TS-040819-VJS5V | Barbara Dixon | ***-**-2587 | 04/08/2019 11:41:10 AM | USA Truck Inc - OTR | 3200 Industrial Park Rd | Van Buren | AR | 72956 | Transportation Employment History |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | HireRight DAC Widescreen |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | DAC Employment History File |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | MVR Express |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | MVR Express |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | Criminal Felony & Misdemeanor |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | CDLIS+ |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | Transportation Employment History |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | Transportation Employment History |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | Transportation Employment History |
| TS-040819-VJS5V | Barbara Dixon | | | | | | | | Transportation Employment History |
| ER-032719-TD3GS | Barbara Dixon | ***-**-2587 | 03/27/2019 06:36:15 AM | Greyhound Dallas 6907801123 | 205 S Lamar | Dallas | TX | 75202 | DOT Compliance (FMCSA) |
| ER-032719-TD3GS | Barbara Dixon | | | | | | | | DOT Compliance (FMCSA) |
| ER-032719-TD3GS | Barbara Dixon | | | | | | | | MVR Express |
| ER-032719-TD3GS | Barbara Dixon | | | | | | | | SSN Trace |
| ER-032719-TD3GS | Barbara Dixon | | | | | | | | Criminal Felony & Misdemeanor |
| ER-032719-TD3GS | Barbara Dixon | | | | | | | | Criminal Felony & Misdemeanor |



RECEIVED

MAY 25 2022

MS

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Barbara Dixon                3:22-CV-395-L

May 25, 2022

Statement Why my Case Should not be dismiss

To whom it may concern

I summit all Douments evidence

Proofing that I Lost Thousand Dollars

Lost Wages I proven defamation of

Character addition to Slander Malice

pain and suffing sited doument

Sillivan Vs New times 1964 It was

sited, Hireright Falsely accused of

Dropping a trailer which never

occured. With this action's grounds

My this case should not be

Dis miss.

Enclosed I Attachments and Documents

providing Defamation.

Amended of Complaint