IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BARBARA DIXON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-325-L** |
| | § | |
| **TRANSPORT AMERICA TRUCKING** | § | |
| **and HIRERIGHT, LLC,** | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The court issues this judgment pursuant to its order of October 20, 2021. It is, therefore, **ordered, adjudged, and decreed** that this action by Plaintiff Barbara Dixon ("Plaintiff") against Defendants Transport America Trucking and Hireright, LLC ("Defendants") is **dismissed with prejudice**; that Plaintiff take nothing against Defendants; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**.

**Signed** this 20th day of October, 2023.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**